1  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
2  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
3  STUART MCCOMMAS (*pro hac vice* forthcoming)
   SMCCommas@dhillonlaw.com
4  DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
7

8  Attorneys for Plaintiff
9  JOHN STOSSEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **JOHN STOSSEL**, an individual, | Case Number: |
| Plaintiff v. | |
| **FACEBOOK, INC.**, a Delaware corporation; **SCIENCE FEEDBACK**, a French non-profit organization; and **CLIMATE FEEDBACK**, a French non-profit organization, | **PLAINTIFF JOHN STOSSEL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | |



Certificate of Interested Entities or Persons                                    Case No.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Stossel Productions, LLC

Date: September 22, 2021                              DHILLON LAW GROUP INC.

                                        By:   /s/ Krista L. Baughman
                                              Krista L. Baughman
                                              Attorney for Plaintiff John Stossel

