UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK INC., et al.,<br><br>        Defendants. | Case No. 21-cv-07385-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Re: Dkt. No. 7 |

Stuart S. McCommas applies for admission *pro hac vice* on behalf of plaintiff. Attorneys who seek admission *pro hac vice* must submit an application that, among other things, identifies co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L-R. 11-3(a)(3). The present application identifies Krista L. Baughman as co-counsel, but Ms. Baughman does not appear on the membership rolls of the bar of the Northern District of California. Accordingly, the application for admission *pro hac vice* is denied without prejudice to the submission of an application that complies with Civil Local Rule 11-3.

Ms. Baughman is referred to the Admission to Practice page on the Northern District of California's website (https://cand.uscourts.gov/attorneys/admission-to-practice/) and shall promptly advise the Court of any change in her Northern District of California bar admission status. If Ms. Baughman believes that there has been an error with respect to her membership status, she should contact the Attorney Admissions Deputy Clerk at 415-522-2060 or admissioninfo@cand.uscourts.gov to correct any error.

//

1 **IT IS SO ORDERED.**

2 Dated: October 4, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge