| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Krista Baughman SBN 264600**<br>**Dhillon Law Group**<br>**177 Post St Ste 700 700**<br>**San Francisco, CA 94108**<br>ATTORNEY FOR   **Plaintiff** | **(415) 433-1700** | |

| NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | |
|---|---|

| SHORT TITLE OF CASE:<br>Stossel, John v. Facebook, Inc. | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:21-cv-07385 |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>Stossel |
|---|---|

### United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons and Complaint; ECF Registration ; Instructions for New Case; Civil Case Cover Sheet, Notice of Interested Entities, Initial Scheduling Order, VKD Standing Orders (all 3), Standing Order All Judges re: Case Management Statement,Notice of Assignment of Case to a U.S. Magistrate Judge for Trial, Notice of Lawsuit and Request to Waive Service of Summons (A0398),Waiver of the Service of Summons (A0399)**

On: **Facebook, Inc.**

I served the summons at:

**2710 Gateway Oaks Dr, 150N Sacramento, CA 95833**

On: **9/30/2021**          Date: **01:13 PM**

In the above mentioned action  by personally serving to and leaving with

**Trudy Desbien  -  Customer Service Liaison**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Peli Thao**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee** for this service was: **112.25**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

| **Peli Thao** | Date: 09/30/2021 |
|---|---|