AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| JOHN STOSSEL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  5:21-cv-07385 |
| FACEBOOK, INC. ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Facebook, Inc.

Date:   10/14/2021

/s/ Sonal N. Mehta
*Attorney's signature*

Sonal N. Mehta (SBN 222086)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306

*Address*

sonal.mehta@wilmerhale.com
*E-mail address*

(650) 600-5051
*Telephone number*

(650) 858-6100
*FAX number*