Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STOSSEL | ) |
| | ) Case No: 5:21-CV-07385 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| FACEBOOK, INC. ET AL. | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |

I, Molly Jennings, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Facebook, Inc. in the above-entitled action. My local co-counsel in this case is Sonal N. Mehta, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 1875 Pennsylvania Avenue NW | 2600 El Camino Real, Suite 400 |
| Washington, DC 20006 | Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 663-6947 | (650) 600-5051 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Molly.Jennings@wilmerhale.com | Sonal.Mehta@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1023087.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/14/21                                                       s/ Molly Jennings
                                                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Molly Jennings is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Molly Maureen Jennings*

was duly qualified and admitted on October 6, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 7, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.