| | |
|---|---|
| 1 | SONAL N. MEHTA (SBN 222086) |
|   | Sonal.Mehta@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 3 | 2600 El Camino Real, Suite 400 |
| 4 | Palo Alto, California 94306 |
|   | Telephone: (650) 858-6000 |
| 5 | Facsimile: (650) 858-6100 |
| 6 | ARI HOLTZBLATT (*pro hac vice* pending) |
|   |  Ari.Holtzblatt@wilmerhale.com |
| 7 | MOLLY M. JENNINGS (*pro hac vice* pending) |
|   |  Molly.Jennings@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
|   |  HALE AND DORR LLP |
| 9 | 1875 Pennsylvania Ave, NW |
| 10 | Washington, DC 20006 |
|   | Telephone: (202) 663-6000 |
| 11 | Facsimile: (202) 663-6363 |
| 12 | *Attorneys for Defendant* |
|   | FACEBOOK, INC. |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385 |
|         Plaintiff, | **DEFENDANT FACEBOOK, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
|     v. | |
| FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
|         Defendants. | |

DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Facebook, Inc. ("Facebook") states as follows:

1. Facebook has no parent corporation.

2. To its knowledge, no publicly held corporation owns 10 percent or more of Facebook's stock.

Dated: October 14, 2021

Respectfully submitted,

By: */s/ Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Facebook, Inc.*