SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice* pending)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice* pending)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>　　　　　　　Defendants. | Case Number: 5:21-cv-07385<br><br>**DEFENDANT FACEBOOK, INC.'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES** |

---

DEFENDANT FACEBOOK, INC.'S CERTIFICATION OF INTERESTED PARTIES

**LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant Facebook, Inc. certifies that as of this date, other than the named parties and parties identified by Plaintiff, there is no such interest to report.

Dated: October 14, 2021

Respectfully submitted,

By: */s/ Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Facebook, Inc.*