SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice* pending)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice* pending)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

KRISTA L. BAUGHMAN (SBN 264600)
 kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
 harmeet@dhillonlaw.com
STUART MCCOMMAS (*pro hac vice*)
 SMCCommas@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  (415) 520-6593
Facsimile:  (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>FACEBOOK, INC., ET AL.,<br><br>  Defendants. | Case No.  5:21-cv-07385-VKD<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT PER L.R. 6-1(A)** |

1  Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. ("Facebook") and Plaintiff
2  John Stossel hereby stipulate and agree as follows:
3  WHEREAS, Plaintiff filed his Complaint (Dkt. 1) on September 22, 2021;
4  WHEREAS, Plaintiff served the Complaint on Facebook on September 30, 2021.[1]
5  WHEREAS, Facebook's response to the Complaint is currently due on October 21, 2021.
6  WHEREAS, Facebook has asked for, and Plaintiff has consented to, an extension of time for
7  Facebook to answer, move, or otherwise respond to the Complaint, up to and including November
8  30, 2021.  This represents a 40-day extension with respect to Defendant Facebook.
9  WHEREAS, this is the first extension of time in this matter and will not affect any other date
10 already set by Court order.
11 **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant Facebook,
12 pursuant to Civil Local Rule 6-1(a), to enlarge the time for Facebook to answer, move, or otherwise
13 respond to the Complaint up to and including November 30, 2021.

---

[1] Facebook reserves its rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

Dated: October 14, 2021                         WILMER CUTLER PICKERING, HALE AND DORR LLP

                                                By:   /s/ Sonal N. Mehta
                                                      SONAL N. MEHTA

                                                *Attorney for Defendant*
                                                Facebook, Inc.


Dated: October 14, 2021                         By:   /s/ Krista L. Baughman
                                                      KRISTA L. BAUGHMAN

                                                *Attorney for Plaintiff*
                                                John Stossel

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 14, 2021           By:   */s/ Sonal N. Mehta*
                                         Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: October 14, 2021           By:   */s/ Sonal N. Mehta*
                                         Sonal N. Mehta