SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice* pending)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice* pending)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

KRISTA L. BAUGHMAN (SBN 264600)
 kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
 harmeet@dhillonlaw.com
STUART MCCOMMAS (*pro hac vice*)
 SMCCommas@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  (415) 520-6593
Facsimile:  (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., ET AL., <br><br> Defendants. | Case No.  5:21-cv-07385-VKD <br><br> **CIVIL LOCAL RULE 6-2(A) STIPULATION** |

1      Pursuant to Civil Local Rule 6-2(a), Defendant Facebook, Inc. ("Facebook") and Plaintiff John Stossel, by and through their respective counsel, have consented to the following enlargement of time to file Plaintiff's Opposition to any Rule 12 motion:

        1.     Plaintiff's Opposition to any Rule 12 motions shall be due January 11, 2022.

        2.     Facebook's Reply to Plaintiff's Opposition shall be due February 8, 2022.

Plaintiff filed the Complaint on September 22, 2021. (Dkt. 1). Plaintiff served the Complaint on Facebook on September 30, 2021. Facebook's deadline to respond to the Complaint has been enlarged once by concurrently-filed stipulation to November 30, 2021.[1]

The parties' stipulated request for an enlargement of time is reasonable in light of the intervening winter holidays and in order to accommodate Plaintiff's counsel's preparation for a trial in another matter that begins January 10, 2022. This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendant Facebook hereby request that the Court enter an order allowing the enlargement of time set forth above.

---

[1] Facebook reserves its rights to raise any jurisdictional, service-related, or venue-related challenges in response to the Complaint, and this Stipulation does not waive any such rights.

Dated: October 14, 2021    WILMER CUTLER PICKERING, HALE AND DORR LLP

By:    */s/ Sonal N. Mehta*
       SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.

Dated: October 14, 2021    By:    */s/ Krista L. Baughman*
                                   KRISTA L. BAUGHMAN

*Attorney for Plaintiff*
John Stossel

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 14, 2021          By:    */s/ Sonal N. Mehta*
                                                     Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: October 14, 2021          By:    */s/ Sonal N. Mehta*
                                                     Sonal N. Mehta