SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice* pending)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice* pending)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.  5:21-cv-07385-VKD<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF CIVIL LOCAL RULE 6-2(A) STIPULATION** |

I, Sonal N. Mehta, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. ("Facebook") in the above-captioned action.

2. Facebook has sought an enlargement of time to respond to Plaintiff's Complaint.

3. On October 4, 2021, my colleague, Molly Jennings, emailed counsel for Plaintiff to request Plaintiff's agreement for an extension of time for Facebook's response to the Complaint, which, based on the alleged service date, would be due on October 21, 2021. Counsel for Plaintiff agreed that Plaintiff would consent to an extension of time to respond up to and including November 30, 2021, and requested a reciprocal extension of time for Plaintiff to oppose any motion to dismiss that may be filed. Counsel for Facebook and counsel for Plaintiff agreed to an extension of time up to and including January 11, 2022 for Plaintiff to oppose any motion to dismiss, and for an extension of time up to and including February 8, 2022 for Facebook to reply to Plaintiff's opposition.

4. On October 13, 2021, my colleague, Molly Jennings, sent counsel for Plaintiff a draft stipulation memorializing the November 30, 2021, January 11, 2022, and February 8, 2022 dates.

5. The time for Facebook to answer, move, or otherwise respond to the Complaint has been enlarged once by stipulation filed concurrently herewith, from October 21 to November 30, 2021.

6. Facebook does not oppose Plaintiff's request for an enlargement of time to January 8, 2022 to respond to any Rule 12 motions. Plaintiff does not oppose Facebook's request for an enlargement of time to February 8, 2022 to respond to Plaintiff's opposition to any Rule 12 motions.

7. This proposed schedule is warranted because the winter holidays fall within the time allotted for Plaintiff to prepare his opposition to any Rule 12 motion. Counsel for Plaintiff have also represented that they will be preparing Plaintiff's opposition brief concurrently with preparing for a trial scheduled to begin on January 10, 2022. Accordingly, the proposed schedule will allow the parties adequate time to study the issues and submit briefing that will aid the Court in its resolution of any Rule 12 motions.

I declare under penalty of perjury that the foregoing is true and correct

Executed on this 14th day of October 2021 in Palo Alto, California.

By:   */s/ Sonal N. Mehta*
       SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.