SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice* pending)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice* pending)
Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
STUART MCCOMMAS (*pro hac vice*)
SMCCommas@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  (415) 520-6593
Facsimile:  (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>                     Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., ET AL.,<br><br>                     Defendants. | Case No.  5:21-cv-07385-VKD<br><br>**[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION** |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Opposition to any Rule 12 motions or other responses to the Complaint filed by Defendant Facebook, Inc. shall be due on January 11, 2022.

2. Defendant Facebook, Inc.'s Reply in support of any such Rule 12 motion shall be due February 8, 2022.

Dated: _____

By: Hon. Virginia K. DeMarchi