| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice* pending)<br> Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice* pending)<br> Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant*<br>FACEBOOK, INC. | KRISTA L. BAUGHMAN (SBN 264600)<br> kbaughman@dhillonlaw.com<br>HARMEET K. DHILLON (SBN 207873)<br> harmeet@dhillonlaw.com<br>STUART MCCOMMAS (*pro hac vice*)<br> SMCCommas@dhillonlaw.com<br>DHILLON LAW GROUP INC.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Telephone:  (415) 520-6593<br>Facsimile:  (415) 520-6593<br><br>*Attorneys for Plaintiff*<br>JOHN STOSSEL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.  5:21-cv-07385-VKD<br><br>[PROPOSED] **ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Opposition to any Rule 12 motions or other responses to the Complaint filed by Defendant Facebook, Inc. shall be due on January 11, 2022.

2. Defendant Facebook, Inc.'s Reply in support of any such Rule 12 motion shall be due February 8, 2022.

Dated: October 15, 2021

By: Hon. Virginia K. DeMarchi