1  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
2  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
3  STUART MCCOMMAS (*pro hac vice*)
4  SMCCommas@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593

8  Attorneys for Plaintiff
9  JOHN STOSSEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **JOHN STOSSEL**, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff v. | **AFFIDAVIT OF SERVICE** |
| **FACEBOOK, INC.**, a Delaware corporation; **SCIENCE FEEDBACK**, a French non-profit organization; and **CLIMATE FEEDBACK**, a French non-profit organization, | |
| Defendants. | |



| | |
|---|---|
| Affidavit of Service | Case No. 5:21-cv-07385-VKD |

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: 5:21-CV-07385-VKD

Plaintiff:
**JOHN STOSSEL, an individual**

vs.

Defendant:
**FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization**

For:
We Serve NJ, LLC
500 King Street
Staten Island, NY 10312

Received by Boyd K. Vanhorn on the 9th day of October, 2021 at 12:14 pm to be served on **Nicole Forrester, 113 Cortland Road, Davis, Tucker County, WV 26260**.

I, Boyd K. Vanhorn, being duly sworn, depose and say that on the **12th day of October, 2021** at **11:10 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Complaint For Defamation; Summons in a Civil Action; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order RE Pretrial Preparation Magistrate Judge Virginia K. DeMarchi; Standing Order For Civil Cases Magistrate Judge Virginia K. DeMarchi; Standing Order for Settlement Conferences, Magistrate Judge Virginia K. DeMarchi; Standing Order For All Judges of the Northern District of California; Notice of Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; Plaintiff John Stossel's Certification of Interested Entities or Persons; Civil Cover Sheet; First Cause of Action and Prayer For Relief** to: **Nicole Forrester** at the address of: **113 Cortland Road, Davis, Tucker County, WV 26260**,

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: W, Height: 5-05, Weight: 125, Hair: BN, Glasses: N

I certify that subject was advised of the purport of the documents at the time of service, that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 14th day of October, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CASSANDRA L VANHORN
Notary Public Official Seal
State of West Virginia
My Comm. Expires Jan 19, 2026
601 Milford Street Clarksburg WV 26301

_____
Boyd K. Vanhorn
Process Server

Boyd K. Vanhorn
601 Milford Street
Clarksburg, WV 26301
(304) 969-9506

Our Job Serial Number: VVI-2021000086

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d