SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>Defendants. | Case No. 5:21-cv-07385-VKD<br><br>**DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF CIVIL LOCAL RULE 6-2(A) STIPULATION** |

I, Molly M. Jennings, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. (now known as Meta Platforms, Inc. or "Meta") in the above-captioned action.

2. On November 15, 2021, I emailed counsel for Plaintiff to determine whether Plaintiff would stipulate to continuing the initial Case Management Conference currently scheduled for December 28, 2021. Counsel for Plaintiff responded that Plaintiff would be amenable to a one-week continuation of the conference to January 4, 2022, and I agreed with this proposal.

4. Plaintiff and Meta previously stipulated and agreed to enlarge the time for Meta to answer, move, or otherwise respond to the Complaint (Dkt. 18); and Plaintiff and Meta stipulated and agreed to, and the Court ordered, an extension of time for Plaintiff's Opposition to any Rule 12 motion or other response, and for Meta's Reply to any such motion or response (Dkt. 19).

5. A one-week continuation of the initial Case Management Conference is reasonable to accommodate travel plans associated with the winter holidays.

6. A one-week continuation will not otherwise affect the schedule of this case.

I declare under penalty of perjury that the foregoing is true and correct

Executed on this 24th day of November 2021 in Washington, D.C.

By:   /s/ Molly M. Jennings
      Molly M. Jennings