SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
META PLATFORMS, INC.

KRISTA L. BAUGHMAN (SBN 264600)
 kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
 harmeet@dhillonlaw.com
STUART MCCOMMAS (*pro hac vice*)
 SMCCommas@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  (415) 520-6593
Facsimile:  (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>　　　　Defendants. | Case No.  5:21-cv-07385-VKD<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING STAY OF DISCOVERY AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. All discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26, shall be stayed until the Court has issued an Order deciding Meta's forthcoming Motion to Dismiss, except that Plaintiff reserves the right to seek discovery on any factual issues raised by any special motion to strike filed by Meta pursuant to California's anti-SLAPP law;

2. If the Court denies Meta's Motion to Dismiss either in whole or in part, initial disclosures pursuant to Fed. R. Civ. P. 26 shall be due 14 days after the Court's ruling.

2. The initial Case Management Conference is hereby continued to January 4, 2022.

Dated: _____          _____
                                       By:  Hon. Virginia K. DeMarchi

Case no.: 5:21-cv-07385-VKD          [Proposed] Order on Stipulation Regarding
                                     Stay of Discovery and Continuation of
                                     Initial Case Management Conference