# EXHIBIT 2



Meta Business Help Center

# Business Help Center

How can we help?

Last updated: Nov 2, 2021

## About Fact-Checking on Facebook

13,243 views

We're committed to fighting the spread of misinformation on Facebook and Instagram. In many countries and regions, we work with independent, third-party fact-checking organizations who are certified through the non-partisan International Fact-Checking Network (IFCN) to identify, review and take action on this content. Read more about our partnerships here and learn about the elements of our program below.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

The focus of this fact-checking program is identifying and addressing viral misinformation, particularly clear hoaxes that have no basis in fact. Fact-checking partners prioritize provably false claims, especially those that are timely or trending and important to the average person.

Fact-checking partners do not prioritize claims that are inconsequential or consist of minor inaccuracies. Additionally, the program is not meant to interfere with individual expression, opinions and debate, clearly satirical or humorous content, or business disputes.

### How the program works

Our program includes several key steps:

- **Identify false news**: We identify potential misinformation using signals, like feedback from people on Facebook, and surface the content to fact-checkers. Fact-checkers may also identify content to review on their own.
- **Review content**: Fact-checkers will review content, check its facts, and rate its accuracy. This happens independently from Facebook, and may include calling sources, consulting public data, authenticating videos and images, and more.
- **Clearly label misinformation and inform users about it**: We apply a label to content that's been reviewed by fact-checking partners, so people can read additional context. We also notify people before they try to share this content, and people who have shared it in the past.
- **Ensure fewer people see misinformation**: Once a fact-checker rates a piece of content as False, Altered or Partly False, it will appear lower in News Feed, be filtered out of Explore on Instagram, and be featured less prominently in Feed and Stories. This significantly reduces the number of people who see it. We also reject ads with content that has been rated by fact-checkers.
- **Take action against repeat offenders**: Pages and websites that repeatedly share misinformation rated False or Altered will have some restrictions, including having their distribution reduced. They may also have their ability to monetize and advertise removed, and their ability to register as a news Page removed for a given time period.

Was this information helpful?                                                      Permalink · Share

○ Yes   ○ No

More in this section: NEWS

| OVERVIEW — |
|---|
| > **Fact-checking on Facebook** |
| RATING OPTIONS AND PROGRAM POLICIES + |
| ENFORCEMENT + |
| CORRECTIONS AND DISPUTES + |

**Back to Home**

## Meta for Business

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our Meta for Business Page.

**Marketing on Facebook**

| | |
|---|---|
| Success stories | Marketing objectives |
| Measurement | Build your presence |
| Industries | Create awareness |
| Inspiration | Drive discovery |
| Events | Generate leads |
| News | Boost sales |
| Sitemap | Earn loyalty |
| **Facebook Pages** | **Facebook ads** |
| Get started with Pages | Get started with ads |
| Setting up your Page | Buying Facebook ads |
| Manage your Facebook Page | Ad formats |
| Promote your Page | Ad placement |
| Create and boost Facebook posts | Choose your audience |
| Messaging on your Page | Measure your ads |
| Page Insights | Managing your ads |

**Resources**

Ads Guide

Business Help Center

Audience Network

Facebook Blueprint

Facebook for Developers

Facebook IQ

Facebook Business Partners

Instagram Business

Visit our Facebook Page

Support

English (US)    English (UK)    Español    Português (Brasil)    Français (France)    Español (España)    More languages >

© 2021 Meta    About    Developers    Careers    Privacy    Cookies    Terms    Help Center