# EXHIBIT 3

# Accurate information is the foundation of a functioning democracy

## WHAT WE DO

Science Feedback is a worldwide network of scientists sorting fact from fiction in science based media coverage. Our goal is to help readers know which news to trust.

## Latest Claim Reviews – CLIMATE



**MISLEADING**

*Study Shows The Great Barrier Reef Is Growing Quickly*

**Ben Zeisloft, The Daily Wire**
- 30 Oct 2021

(https://climatefeedback.org/claimreview/coral-cover-great-barrier-reef-improved-2021-but-doesnt-mean-reef-growing-quickly-contrary-to-daily-wire)



**INACCURATE**

*An electric car "costs more than seven times as much" as a gasoline powered car*

**Facebook users, Facebook**
- 21 Oct 2021

(https://climatefeedback.org/claimreview/electric-cars-arent-seven-times-more-expensive-than-gasoline-powered-cars-as-claimed-on-facebook)

More Climate Claim Reviews (https://climatefeedback.org/claim-reviews/)

## Latest Claim Reviews – HEALTH



**INCORRECT**

*""The CDC Finally Admits a Massive Number of Americans Have 'Natural Immunity': 146.6 Million People"; 94% of Covid-related deaths were not caused by Covid-19"*

**Kyle Becker, Becker News**

- 21 Nov 2021

(https://healthfeedback.org/claimreview/contrary-to-becker-news-article-not-all-infection-lead-immunity-falsely-claims-that-most-covid-deaths-werent-caused-covid19-but-comorbidities) (https://healthfeedback.org/claimreview/pfizer-ceos-wife-didnt-die-from-



**INACCURATE**

*""Wife of Pfizer's CEO dies after complications from the vaccine""*

**Anonymous, Conservative Beaver**

- 15 Nov 2021

vaccine-complications-myriam-bourla-alive-and-well)

More Health Claim Reviews (https://healthfeedback.org/claim-reviews/)

## Latest Article Reviews - CLIMATE



Rain fell on Greenland summit for the first time on record, as accurately reported by CNN

CNN

*"The article is highly factual. One issue that we have is the lack of data over the Greenland Ice Sheet (both spatially and temporally). Thus some of the claims, although backed by..*

- 29 Sep 2021

(https://climatefeedback.org/evaluation/rain-fell-on-greenland-summit-for-the-first-time-on-record-as-accurately-reported-by-cnn)



CO₂ coalition sponsored article in The Washington Times presents list of false and misleading statements about the impacts of CO₂ and climate change

The Washington Times

*"This article recycles old tropes such as "it's been warm before", "CO2 levels have been higher in the past" (millions of years ago!), "CO2 is plant food", "warming..*

- 05 May 2021

(https://climatefeedback.org/evaluation/gregory-wrightstone-article-in-the-washington-times-presents-list-of-false-and-misleading-statements-about-the-impacts-of-co2-and-climate-change-co2-coalition)

More Climate Article Reviews (https://climatefeedback.org/feedbacks/)

Latest Article Reviews - HEALTH





CNN article accurately reports an increased risk of heart attack from cannabis use in young people, but lacks context on difference between absolute and relative risk

CNN

*"Yes, it's true that the data suggest a "doubling" of risk for cardiac problems in cannabis users, but the article confuses "absolute" risk and "relative" risk. Those..*

- 21 Sep 2021

(https://healthfeedback.org/evaluation/cnn-article-accurately-reports-an-increased-risk-of-heart-attack-from-cannabis-use-in-young-people-but-lacks-context-on-difference-between-absolute-and-relative-risk)



Washington Times article by Robert Malone and Peter Navarro relies on inaccurate and unsubstantiated claims about virus evolution, vaccine immunity, and COVID-19 vaccine safety

Washington Times

*"This article has inaccuracies throughout with a clear view to push an anti-vaccine agenda. The picture depicting a skull with eyes and nose made of coronaviruses in the shape of t..*

- 15 Aug 2021

(https://healthfeedback.org/evaluation/washington-times-article-by-robert-malone-and-peter-navarro-relies-on-inaccurate-and-unsubstantiated-claims-about-virus-evolution-vaccine-immunity-and-covid-19-vaccine-safety)

More Health Article Reviews (https://healthfeedback.org/feedbacks/)

Latest Insight articles – CLIMATE



Explainer: How the rise and fall of $CO_2$ levels influenced the ice ages

*The Earth's climate has been quite stable over the past 11,000 years, playing an important role in the development of human civilisation. Prior to that, the Earth experienced an ...*

- 02 Jun 2021

(https://climatefeedback.org/explainer-how-the-rise-and-fall-of-co2-levels-influenced-the-ice-ages)



The potentials and limitations of tree plantings as a climate solution

*the international conversation on tree plantings as a solution to reducing CO2 emissions in the atmosphere and mitigating the rise in global surface temperature is mixed, with judg...*

- 11 Jun 2020

(https://climatefeedback.org/the-potentials-and-limitations-of-tree-plantings-as-a-climate-solution)

More Climate Insights (https://climatefeedback.org/insights/)

Latest Insight articles – HEALTH



### Infection-induced immunity versus vaccine-induced immunity: Weighing the benefits and risks

*Introduction Multiple articles and social media posts have debated the strength of infection-induced immunity—commonly referred to as natural immunity—compared to vaccina…*

- 03 Nov 2021

(https://healthfeedback.org/infection-induced-immunity-versus-vaccine-induced-immunity-weighing-the-benefits-and-risks)



### Statements in Project Veritas video contradict public health authorities and experts' recommendation for eligible children to be vaccinated against COVID-19

*Introduction On 27 September 2021, the group Project Veritas published a video on several social media platforms, including Facebook, Instagram, and YouTube, containing claims that…*

- 02 Oct 2021

(https://healthfeedback.org/statements-in-project-veritas-video-contradict-public-health-authorities-and-experts-recommendation-for-eligible-children-to-be-vaccinated-against-covid-19)

More Health Insights (https://healthfeedback.org/insights/)

## News & Events



### Science Feedback invited to speak at European Commission CONNECT University, Digital for our Planet

*Emmanuel Vincent, PhD, Founder & Director of Science Feedback was invited to participate in the European Commission CONNECT University Summer School 2021, Digital for our Plane...*

- 09 Jul 2021

(https://sciencefeedback.co/science-feedback-invited-to-speak-at-european-commission-connect-university-digital-for-our-planet/)



### Science Feedback is awarded an IFCN Development Grant to build database on sources of misinformation

*Science Feedback is very pleased to be awarded a development grant from the Poynter Institute's International Fact-Checking Network (IFCN). This grant aims to further innovation ...*

- 24 Aug 2020

(https://sciencefeedback.co/science-feedback-is-awarded-an-ifcn-development-grant-to-build-database-on-sources-of-misinformation/)

More News & Events (https://sciencefeedback.co/news-events/)



# science feedback

## COMMUNITY

Climate Reviewers (https://climatefeedback.org/community/)

Health Reviewers (https://healthfeedback.org/community/)

Apply to become a reviewer (/for-scientists/)

## ORGANIZATION

About (/about/)

Community standards (/community-standards/)

## GET IN TOUCH

Contact us (/contact-us/)

### FOLLOW US

 (https://www.facebook.com/ScienceFeedback/)  (https://twitter.com/ScienceFeedback)