# EXHIBIT 4

Meta for Business

Meta Business Help Center

# Business Help Center

How can we help?

Last updated: Mar 15, 2021

# Rating Options for Fact-Checkers

1,251 views

Fact-checkers can review and rate public Facebook and Instagram posts, including ads, articles, photos, videos and text-only posts.

Below are rating options for third-party fact-checkers, as well as examples of content that is likely to fit within each rating. While Facebook is responsible for setting these rating guidelines, it is ultimately the fact-checkers who independently review and rate content – Facebook does not make changes to ratings.

1. **FALSE:** Content that has no basis in fact. This includes:

- Fake quotes
- Claims that are impossible, or that could not be considered an interpretation of something that actually happened or was said
    - Ex: claim that a natural disaster took place, when no such event happened
    - Ex: claim that an individual created or patented something when they did not
- Conspiracy theories that explain events as the secret work of individuals or groups, which may cite true or unverifiable information but present an implausible conclusion
    - Ex: claim a company is secretly engaged in drug trafficking based on an unrelated issue of charging high prices

- Ex: claim without evidence that government insiders are directly responsible for a terror attack to provide a pretext for going to war

- Fabricated content from websites misrepresenting themselves as real news outlets

- Image, audio, or video content that is authentic but offered as proof of a separate event (i.e., false context)

  - Ex: authentic photo claiming to show no damage in a town after an incident, but that actually was taken before the incident
  - Ex: authentic video claiming to show one person confessing to a crime, but that actually is of another person
  - Ex: presenting an authentic but old government ordinance as if it were current, when a new ordinance contradicts the old

**2. ALTERED.** Image, audio, or video content that has been edited or synthesized beyond adjustments for clarity or quality, in ways that could mislead people. This definition includes splicing, but not media excerpts or taking media out of context. Under our Community Standards, we also remove certain manipulated videos that are the product of artificial intelligence or machine learning, and that would likely mislead an average person to believe the subject of the video said words they did not say. This includes:

- Faked, manipulated or transformed audio, video, or photos

  - Ex: changing the speed of a video to misleadingly alter the speech qualities of the speaker
  - Ex: adding an image into an authentic photo to present the appearance of something that actually never happened

- Media edited to omit or reorder the words someone said to reverse the meaning of the statement

  - Ex: removing the word "not" from someone saying "I will not do X"

**3. PARTLY FALSE.** Content has some factual inaccuracies. This includes:

- Inaccuracies or miscalculations regarding numbers, dates, times, but that could be considered an interpretation of something that actually happened or was said.

  - Ex: misstating the number of people registered for or attending an event
  - Ex: miscalculating the cost of a government program

- A mix of true and false key claims, where the false claims do not predominate

  - Ex: a list of several claims, some of which are true and some of which are false
  - Ex: a video that contains many key claims, some true, some false

- Content presented as an opinion but based on underlying false information

  - Ex: advocating for a policy change supported by several key claims, one of which is provably false

**4. MISSING CONTEXT.** Content that may mislead without additional context. This includes:

- Clips from authentic video or audio or cropping of authentic photos that lacks the full context from the original content, but that have not otherwise been edited or manipulated.

  - Ex: cropping a video clip of someone saying "I support that candidate if …" to include only "I support that candidate"

- Media edited to omit or reorder the words someone said that changes, but that does not reverse the meaning of the statement.

  - Ex: editing an audio clip of someone saying "person X mishandled that disaster leading to a confused response, and that's what killed a lot of people" to appear as if they said "person X killed a lot of people"

- Hyperbole or exaggeration that is technically false but based on a real event or statement.

  - Ex: claiming that a government program has been "zeroed out" when its funding has been dramatically reduced but not eliminated

- Content that presents a conclusion not supported by the underlying facts.

- Ex: A TV host airs an interview with a source who makes a provably false assertion, and the host doesn't affirm or question the veracity of the claim.

- Claims stated as fact that are plausible but unproven.

  - Ex: claiming that a consumer item is safe before it has completed product safety tests

**5. SATIRE.** Content that uses irony, exaggeration, or absurdity for criticism or awareness, particularly in the context of political, religious, or social issues, but that a reasonable user would not immediately understand to be satirical. This may be from sites not clearly labeled as or widely-known as satire, or presented without clear labeling. Content rated as Satire will include fact-checkers' articles for more context.

**6. TRUE.** Content that contains no inaccurate or misleading information.

Was this information helpful?  Permalink · Share

○ Yes   ○ No

More in this section: NEWS

| OVERVIEW | + |

| **RATING OPTIONS AND PROGRAM POLICIES** | − |

> Rating options

Program policies

| ENFORCEMENT | + |

| CORRECTIONS AND DISPUTES | + |

**Back to Home**

∞ **Meta for Business**

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our Meta for Business Page.

**Marketing on Facebook**

Success stories

Measurement

Industries

Inspiration

Events

News

Sitemap

**Facebook Pages**

Get started with Pages

Setting up your Page

Manage your Facebook Page

Promote your Page

Create and boost Facebook posts

Messaging on your Page

Page Insights

**Resources**

Ads Guide

Business Help Center

Audience Network

Facebook Blueprint

Facebook for Developers

Facebook IQ

Facebook Business Partners

Instagram Business

Visit our Facebook Page

Support

**Marketing objectives**

Build your presence

Create awareness

Drive discovery

Generate leads

Boost sales

Earn loyalty

**Facebook ads**

Get started with ads

Buying Facebook ads

Ad formats

Ad placement

Choose your audience

Measure your ads

Managing your ads

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages

© 2021 Meta   About   Developers   Careers   Privacy   Cookies   Terms   Help Center