SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
META PLATFORMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>　　　　　　　　Defendants. | Case Number: 5:21-cv-07385-VKD<br><br>**[PROPOSED] ORDER ON DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE COMPLAINT UNDER CALIFORNIA'S ANTI-SLAPP STATUTE** |

**[PROPOSED] ORDER**

Before the Court is Defendant Meta Platforms, Inc. ("Meta")'s Motion to Dismiss Complaint and Special Motion to Strike Complaint Under California's Anti-SLAPP Statute ("Anti-SLAPP Motion").  Having considered the motions, the memorandum of points and authorities in support thereof, the opposing and reply papers, and the arguments of counsel at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Meta's Motion to Dismiss the Complaint is GRANTED.  Amendment would be futile, and Plaintiff John Stossel's Complaint is accordingly DISMISSED WITH PREJUDICE in its entirety.

2. Meta's Anti-SLAPP Motion is GRANTED.  Plaintiff John Stossel's defamation claim is struck, without leave to amend.

3. Meta is awarded fees and costs pursuant to California Code of Civil Procedure § 425.16(c)(1).

**IT IS SO ORDERED.**

Dated: _____              _____
                                             By:  Hon. Virginia K. DeMarchi