# EXHIBIT 5




Deposition of:

**Audio 2**

*November 16, 2021*

In the Matter of:

**Stossel Vs. Facebook Inc. Et Al.**

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

JOHN STOSSEL

VIA FACEBOOK

GOVERNMENT FUELED FIRES

SEPTEMBER 22, 2020

Job No. 4956927

Transcribed By: Pamela A. Skaw

MR. STOSSEL: A large part of America is on fire.

UNIDENTIFIED SPEAKER: It's Mother Earth is angry.

MR. STOSSEL: Why would Mother Earth be angry?

UNIDENTIFIED SPEAKER: Because of climate change.

MR. STOSSEL: Politicians are eager to blame the fires on climate change.

UNIDENTIFIED SPEAKER: The debate is over around climate change.

MR. STOSSEL: California's Governor smiles while he talks about it.

UNIDENTIFIED SPEAKER: All of this cataphies around climate change is just a huge distraction.

MR. STOSSEL: Michael Schellenberger, environmentalist, who Time Magazines calls a hero of the environment; says it's silly to blame the fires on climate change.

UNIDENTIFIED SPEAKER: Climate change is real. It's not the end of the world. It's not our most serious environmental problem.

MR. STOSSEL: And it's not the main cause of the California fires.

UNIDENTIFIED SPEAKER: Governor Newsome tweeted out that last year we have one-tenth of the area burned as we're having this year and therefore it's climate change.

It's like well what? Did climate change happen

between last year and this year?

None of this makes any sense.

MR. STOSSEL: But the media keep talking about a climate change apocalypse.

UNIDENTIFIED SPEAKER: Climate apocalypse.

If all you have is a hammer, everything looks like a nail.

If you -- all you know is climate scientists, then every weather event you blame on climate change.

MR. STOSSEL: If not climate change, what is to blame?

AUDIO CLIP: Only you can prevent forest fires.

MR. STOSSEL: Foolish policies. For years, governments put out every fire they could.

But if you want to protect forests --

AUDIO CLIP: Tens of millions of acres should have naturally burned every ten years or so in lots of fires with smaller flames but we put most of those out.

MR. STOSSEL: This is the overgrowth that's been accumulating in these forests for the past century because people have been putting out fires instead of letting them burn the way they naturally used to.

UNIDENTIFIED SPEAKER: So now when there is a fire, it's much more likely to burn out of control.

MR. STOSSEL: Climate change has made things

worse. California's warmed three degrees over 50 years. But --

UNIDENTIFIED SPEAKER: You could have had this amount of warming and not had these fires and the reason we know that is because the forests that were well managed have survived the mega fires.

MR. STOSSEL: Like this forest controlled by Southern California Edison.

So far, selective cutting protested it.

And now the forest service is trying to educate people.

UNIDENTIFIED SPEAKER: It looks like a very well managed forest. I would agree.

UNIDENTIFIED SPEAKER: Well, let's burn it.

UNIDENTIFIED SPEAKER: All right.

(Music)

UNIDENTIFIED SPEAKER: Describe burning and frequent fire is a must if we're going to maintain a biodiversity in the plant life.

UNIDENTIFIED SPEAKER: When Europeans came, we have these reports of California just being very smoky and on fire during the summers. Native Americans were burning huge amounts of land.

MR. STOSSEL: So for the past years it's been unnaturally un-smoky.

UNIDENTIFIED SPEAKER: We haven't had enough fires for maybe a hundred years.

MR. STOSSEL: But it really sucks if you live there. The smoke is bad.

UNIDENTIFIED SPEAKER: But it's what a lot of forest ecosystems require.

MR. STOSSEL: Recently fire hit the ancient redwoods.

UNIDENTIFIED SPEAKER: Everyone on the east coast goes, oh, my God. These ancient redwoods are going to burn down.

MR. STOSSEL: They're trees. They're not going to burn down.

UNIDENTIFIED SPEAKER: The smaller trees do, of course, burn down. But, when you're talking about redwood trees and other old growth, the bark is very thick. It's fire resistant.

In fact, there's a particular kind of ancient redwood where the inside of it has been entirely burned out and it's still alive and you can see green growth shooting out of it.

MR. STOSSEL: This surprised the politicians.

UNIDENTIFIED SPEAKER: Gavin Newsome visited the park and said what a miracle.

UNIDENTIFIED SPEAKER: They're still standing.

UNIDENTIFIED SPEAKER: It's exactly what you would expect.

MR. STOSSEL: Not if you're a journalist.

UNIDENTIFIED SPEAKER: Two days later, all the journalists started to kind of go, oh, wow. What a surprise. The ancient redwoods didn't burn down.

Nobody's more alienated from the natural environment and really nobody's more apocalyptic then environmental journalists.

UNIDENTIFIED SPEAKER: We have to get away form just sort of the tree hugging mentality.

You have to look at the whole -- it's the classic, you know, not seeing the forest for the trees.

(Cutting noise)

MR. STOSSEL: This year's fires finally persuaded California's politicians to allow more people to cut trees down.

(Cutting noise)

UNIDENTIFIED SPEAKER: There's actually widespread agreement on this. In fact, the Governor of California and President Trump recently signed an agreement to clear much more area.

Even the Sierra Club, which has opposed this kind of thinning of forests, has now changed its tune.

MR. STOSSEL: It's about time. They had policies

were the biggest cause of this year's fires, not the slightly warmer climate.

And while climate change is a problem, Schellenberger's new book explains, it's not an apocalypse.

UNIDENTIFIED SPEAKER: Natural disasters aren't getting worse. In fact, they're getting better. The number of deaths from natural disasters has declined over 90 percent over the last hundred years.

A small change in temperature is not the difference between normalcy and catastrophe.

(Music)

(End of audio.)

C E R T I F I C A T I O N

I, Pamela Skaw, certify that the foregoing transcript is a true and accurate record of the proceedings.

/s/ Pamela Skaw

____________________

Pamela Skaw

DATE: November 23, 2021