# EXHIBIT 7



Deposition of:

## Audio 1

*November 16, 2021*

In the Matter of:

## Stossel Vs. Facebook Inc. Et Al.

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

1
2
3
4               JOHN STOSSEL
5
6              VIA FACEBOOK
7
8              ARE WE DOOMED
9
10             APRIL 17, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24   Job No. 4956927
25   Transcribed By:  Pamela A. Skaw

Page 2

1           UNIDENTIFIED SPEAKER:  This environmental
2    catastrophe bearing down on us.
3           MR. STOSSEL:  I keep hearing that we're killing
4    the Earth.
5           AUDIO CLIP:  How dare you.  You have stolen my
6    dreams and my childhood.
7           MR. STOSSEL:  But wait.  I've been a consumer
8    reporter for years.  I've covered so many scares; plague,
9    famine and perpetual war will kill us.
10          We're going to run out of oil.  Nuclear power will
11   give us cancer.  Killer bees swarm ever closer.  Bird flu.
12   Flesh eating bacteria.
13          The list of terrible things that were going to get
14   us is long and, yet, we're living longer than ever.
15          None of those scares turned out to be as
16   frightening as the warnings.
17          But I'm told global warming is different.
18          AUDIO CLIP:  Entire ecosystems are collapsing.  We
19   are in the beginning of a mass extinction.
20          MR. STOSSEL:  The alarmists have evidence that
21   supports their fears.  Temperature is rising.
22          The U.N. predicts that it'll rise another two to
23   five degrees.
24          AUDIO CLIP:  Why do kill the land we live on, it's
25   under attack.

1            MR. STOSSEL:  But does that justify the fear?
2            AUDIO CLIP:  Climate change is not a lie so please
3    don't let our planet die.
4            MR. STOSSEL:  Does it justify this claim?
5            UNIDENTIFIED SPEAKER:  We have 12 years to act.
6            UNIDENTIFIED SPEAKER:  We have 12 years.
7            UNIDENTIFIED SPEAKER:  We have 12 years before the
8    effects are irreversible.
9            MR. STOSSEL:   Really?  Twelve years?
10           UNIDENTIFIED SPEAKER:  It's warmed up around one
11   degree Celsius since 1900 and life expectancy doubled the
12   industrialized democracies and yet that temperature ticks up
13   another half a degree and the entire system crashes.
14           That's the most absurd belief.
15           MR. STOSSEL:  I recently moderated this debate on
16   climate change at the Heartland Institute.
17           Well, not a debate because the alarmists who were
18   invited didn't show.  Heartland invited many.
19           UNIDENTIFIED SPEAKER:  Please come over here and
20   sit next to that place and let's have a discussion.  There
21   are a lot more people want to hear what you have to say.
22        (Applause)
23           MR. STOSSEL:  Climate alarmists never agree to
24   debate.
25           UNIDENTIFIED SPEAKER: We'd love to offer you the

1  airtime.  We will give it to you.  I'll give you a special
2  phone number that goes to this phone.
3          MR. STOSSEL:  I invited Al Gore on my show often
4  but he would never come.
5          UNIDENTIFIED SPEAKER:  In order to solve the
6  climate crisis --
7          MR. STOSSEL:  He makes a lot of speeches but won't
8  respond to people who disagree.
9          It's too bad that the alarmists won't debate
10 because so much of what they say deserves debate.
11         UNIDENTIFIED SPEAKER:  The world is going to end
12 in 12 years if we don't address climate change.
13         UNIDENTIFIED SPEAKER:  Twelve years.
14         UNIDENTIFIED SPEAKER:  Well and in 12 years --
15         MS. STOSSEL:  Eleven and a half.
16         UNIDENTIFIED SPEAKER:  -- it'll be 12 more years.
17         MR. STOSSEL:  David LaGates (ph) is a professor of
18 climatology at the University of Delaware.
19         Pat Michaels is former president of the American
20 Association of State Climatologists.
21         Welli Soon (ph), as soon as an astrophysicist.
22         UNIDENTIFIED SPEAKER:  It's all about hand waving.
23 It's about emotion.  About sending out kids in protests.
24         We have nothing to do with the science.
25         MR. STOSSEL:  This group pointed out that even if

Page 5

```
 1  the planet warms by five degrees, humans can adjust.  People
 2  in Holland did years ago.
 3              UNIDENTIFIED SPEAKER:  They said, we're going to
 4  adapt to the fact that we're a low lying country and we're
 5  going to build these dikes and we're going to build these
 6  pumps.
 7              Are you telling me that the people in Miami are so
 8  dumb that they're just going to there and drown?
 9              MR. STOSSEL:  You acknowledge though the water is
10  rising?
11              UNIDENTIFIED SPEAKER:  Yes.  Water has been rising
12  for approximately 20,000 years and probably will continue --
13              MR. STOSSEL:  But we can adapt like Holland has.
14  Except the alarmists say hurricanes and other storms are
15  getting worse.
16              UNIDENTIFIED SPEAKER:  It's getting stronger and
17  stronger.  The winds are getting harder and harder.
18              UNIDENTIFIED SPEAKER:  No, they aren't.  You can
19  take a look at all the hurricanes that -- around the planet.
20  We can see them since 1970 because we got global satellite
21  coverage.
22              MR. STOSSEL:  Right.
23              UNIDENTIFIED SPEAKER:  and we can measure their
24  power and we can add up their power.
25              And there is no significant increase whatsoever.
```

Page 6

1  There is no relationship between hurricane activity and the
2  surface temperature of the planet.
3           MR. STOSSEL:  The claim that hurricanes are
4  getting worse and the 12-year deadline two informants.  I
5  heard the Heartland panel convincingly debunked.
6           Myth number three was that government action today
7  will save us.
8           UNIDENTIFIED SPEAKER:  We have to act now.
9           UNIDENTIFIED SPEAKER:  The Obama administration's
10 model prejects that the amount of global warming that would
11 be saved for going to zero emissions tomorrow, you don't
12 know how to do that, put you back in the stone age, but
13 let's just say we did it, would be fourteen-hundredths of a
14 degree Celsius.
15          MR. STOSSEL:  So no real effect on the climate
16 but --
17          UNIDENTIFIED SPEAKER:  You'll sure have an
18 impoverished dark country; won't you?
19          MR. STOSSEL:  Myth number four, the idea that
20 carbon dioxide is carbon pollution, that just does harm and
21 threatens the food supply.
22          UNIDENTIFIED SPEAKER:  There are places on Earth
23 where it is just greening up like crazy.
24          UNIDENTIFIED SPEAKER:  So, if you're really
25 concerned about the plants, more carbon dioxide makes them

1  not just grow faster but also makes them more water
2  efficient.
3          MR. STOSSEL:  Carbon dioxide is a greenhouse gas.
4  But it also helps feed the world.
5          UNIDENTIFIED SPEAKER:  A lot of people pretend to
6  know about climate, pretend to have studied it, pretend to
7  come up with these answers and then make these proclamations
8  to scare you so that you'll do what we want you to do.
9          MR. STOSSEL:  But if what the alarmists say is not
10 true, why would the International Panel on Climate Change,
11 the United Nations, go along with the exaggerations?
12         UNIDENTIFIED SPEAKER:  Governments like control.
13 Most governments want to keep control and most want
14 governments get bigger and bigger over time.
15         MR. STOSSEL:  IPCC does stand for
16 Intergovernmental Panel on Climate Change.
17         UNIDENTIFIED SPEAKER:  Carbon dioxide becomes that
18 molecule by which we can take control of your lives, of your
19 efforts, and everything that goes on.
20         MR. STOSSEL:  Are they right?  It's confusing when
21 there are so many serious people who are so worried.
22         I wish there were a real debate.  Why won't the
23 other side debate?
24     (Music)
25         (End of audio.)

```
                                                          Page 8
 1                    C E R T I F I C A T I O N
 2
 3    I, Pamela Skaw, certify that the foregoing transcript is a
 4    true and accurate record of the proceedings.
 5
 6
 7
 8
 9
10
11
       /s/ Pamela Skaw
12     _____
       Pamela Skaw
13
       DATE:  November 23, 2021
14
15
16
17
18
19
20
21
22
23
24
25
```