UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK INC., et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-07385-VKD<br><br>**ORDER REQUESTING STATUS REPORT RE SERVICE** |

Before the Court is plaintiff John Stossel's action for defamation against defendants Facebook, Inc. ("Facebook"), Science Feedback, and Climate Feedback.  *See* Dkt. No. 1. Although Mr. Stossel and Facebook have consented to proceed before a magistrate judge (Dkt. Nos. 10, 24), defendants Science Feedback and Climate Feedback have not appeared and it is not clear whether these defendants have been served.  All named parties, included unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a dispositive motion.  28 U.S.C. § 636(c)(1); *Williams v. King*, 876 F.3d 500 (9th Cir. 2017).

Accordingly, the Court directs plaintiff to file a report by **December 7, 2021** regarding the status of service upon defendants Science Feedback and Climate Feedback.

**IT IS SO ORDERED.**

Dated: November 30, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge