| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | KRISTA L. BAUGHMAN (SBN 264600) |
| Sonal.Mehta@wilmerhale.com | kbaughman@dhillonlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | HARMEET K. DHILLON (SBN 207873) |
| | harmeet@dhillonlaw.com |
| 2600 El Camino Real, Suite 400 | STUART MCCOMMAS (pro hac vice) |
| Palo Alto, California 94306 | SMCCommas@dhillonlaw.com |
| Telephone: (650) 858-6000 | DHILLON LAW GROUP INC. |
| Facsimile: (650) 858-6100 | 177 Post Street, Suite 700 |
| | San Francisco, California 94108 |
| ARI HOLTZBLATT (*pro hac vice*) | Telephone: (415) 520-6593 |
| Ari.Holtzblatt@wilmerhale.com | Facsimile: (415) 520-6593 |
| MOLLY M. JENNINGS (*pro hac vice*) | |
| Molly.Jennings@wilmerhale.com | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JOHN STOSSEL |
| 1875 Pennsylvania Ave, NW | |
| Washington, DC 20006 | |
| Telephone: (202) 663-6000 | |
| Facsimile: (202) 663-6363 | |

*Attorneys for Defendant*
META PLATFORMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **STIPULATION TO AMEND THE CAPTION** |
| v. | |
| FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
| Defendants. | |

1    Pursuant to Civil Local Rule 7-12, Defendant Facebook, Inc. and Plaintiff John Stossel
2 hereby stipulate and agree as follows:
3    WHEREAS, Defendant officially changed its name to Meta Platforms, Inc., effective
4 October 28, 2021.
5    **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant Facebook,
6 Inc. to amend the case caption in light of the name change.

8  Dated:  December 3, 2021                    WILMER CUTLER PICKERING, HALE
                                                AND DORR LLP

10                                              By:      /s/ Sonal N. Mehta
                                                        SONAL N. MEHTA

12                                              *Attorney for Defendant*
                                                Meta Platforms, Inc. (formerly known as
                                                Facebook, Inc.)

15
16  Dated:  December 3, 2021                   By:      /s/ Krista L. Baughman
                                                        KRISTA L. BAUGHMAN

17                                              *Attorney for Plaintiff*
18                                              John Stossel

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 3, 2021          By:   /s/ Sonal N. Mehta
                                       Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: December 3, 2021          By:   /s/ Sonal N. Mehta
                                       Sonal N. Mehta