SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
META PLATFORMS, INC.

KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
STUART MCCOMMAS (pro hac vice)
SMCCommas@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 520-6593
Facsimile: (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>               Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>              Defendants. | Case Number: 5:21-cv-07385-VKD<br><br>**[PROPOSED] ORDER AMENDING THE CAPTION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The caption of the case shall be changed to *John Stossel v. Meta Platforms, Inc.; Science Feedback; Climate Feedback.*

Dated: _____          _____
                                                                            By:  Hon. Virginia K. DeMarchi