| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | KRISTA L. BAUGHMAN (SBN 264600) |
| Sonal.Mehta@wilmerhale.com | kbaughman@dhillonlaw.com |
| WILMER CUTLER PICKERING | HARMEET K. DHILLON (SBN 207873) |
| HALE AND DORR LLP | harmeet@dhillonlaw.com |
| 2600 El Camino Real, Suite 400 | STUART MCCOMMAS (pro hac vice) |
| Palo Alto, California 94306 | SMCCommas@dhillonlaw.com |
| Telephone: (650) 858-6000 | DHILLON LAW GROUP INC. |
| Facsimile: (650) 858-6100 | 177 Post Street, Suite 700 |
| | San Francisco, California 94108 |
| ARI HOLTZBLATT (*pro hac vice*) | Telephone: (415) 520-6593 |
| Ari.Holtzblatt@wilmerhale.com | Facsimile: (415) 520-6593 |
| MOLLY M. JENNINGS (*pro hac vice*) | |
| Molly.Jennings@wilmerhale.com | *Attorneys for Plaintiff* |
| WILMER CUTLER PICKERING | JOHN STOSSEL |
| HALE AND DORR LLP | |
| 1875 Pennsylvania Ave, NW | |
| Washington, DC 20006 | |
| Telephone: (202) 663-6000 | |
| Facsimile: (202) 663-6363 | |

*Attorneys for Defendant*
META PLATFORMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | [PROPOSED] ORDER AMENDING THE CAPTION |
| v. | |
| FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
| Defendants. | |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The caption of the case shall be changed to *John Stossel v. Meta Platforms, Inc.; Science Feedback; Climate Feedback.*

Dated: December 6, 2021

By: *Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi