1

KRISTA L. BAUGHMAN (SBN: 264600)

2

kbaughman@dhillonlaw.com
STUART S. MCCOMMAS (*pro hac vice*)

3

SMCCommas@dhillonlaw.com

4

DHILLON LAW GROUP INC.
177 Post Street, Suite 700

5

San Francisco, California 94108

6

Telephone: (415) 433-1700
Facsimile: (415) 520-6593

7

Attorneys for Plaintiff

8

JOHN STOSSEL

9

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

14

JOHN STOSSEL, an individual,

Case Number: 5:21-cv-07385-VKD

15

Plaintiff,

16

**DECLARATION OF KRISTA L. BAUGHMAN
IN SUPPORT OF PLAINTIFF'S STATUS
REPORT RE: SERVICE**

v.

17

18

META PLATFORMS, INC., a Delaware
corporation; SCIENCE FEEDBACK, a

19

French non-profit organization; and
CLIMATE FEEDBACK, a French non-

20

profit organization,

21

Defendants.

22

23

24

25

26

27

28



Declaration of Krista L. Baughman

Case No. 5:21-cv-07385-VKD

I, Krista L. Baughman, declare and state as follows:

1.      I am a partner at Dhillon Law Group Inc. and counsel for Plaintiff John Stossel ("Plaintiff" or "Mr. Stossel). I am an attorney in good standing duly admitted to practice before all Courts of the State of California. I am admitted to practice law in the states of New York and California, and admitted before all state, federal and appeals courts in the state of California, and the United States Court of Appeals for the Eleventh Circuit. Except as to those matters stated on information and belief, I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2.      An online search of France's Trade and Companies Register, Infogreffe, indicates that Defendant Science Feedback is listed with Infogreffe and maintains a business address in Paris. Attached as Exhibit A is a true and correct copy of the information resulting from this search, performed on September 22, 2021 (the Exhibit copy includes version in both French and English). A similar search on the Infogreffe database performed for Climate Feedback yielded no results.

3.      When I performed a search on Wikipedia for "Science Feedback" in September, 2021, prior to filing the Complaint, Wikipedia provided the following description: "Science Feedback is a site founded in September 2018 as a French Association déclarée by Emmanuel Vincent to parent several subsidiary FCWs, amongst which are Climate Feedback (CF) and Health Feedback (HF)." I note that the current version of this Wikipedia page, accessed December 7, 2021, recites that the page was edited on December 7, 2021 at 2:42 UTC, and now different language appears, but the page still refers to Science Feedback as a parent of Climate Feedback.

4.      Attached as Exhibit B hereto is a true and correct copy of Science Feedback's homepage, available at https://sciencefeedback.co/, which I accessed on December 7, 2021.

5.      Attached as Exhibit C hereto is a true and correct copy of Climate Feedback's homepage, available at https://climatefeedback.org, which I accessed on December 7, 2021.

Declaration of Krista L. Baughman                          Case No. 5:21-cv-07385-VKD

1    6.    Attached as Exhibit D hereto is a true and correct copy of Science Feedback's webpage

2  titled "Team members, advisors and contributors," available at  https://sciencefeedback.co/team-

3  advisors-contributors/, which I accessed on December 7, 2021.

4    7.    Attached as Exhibit E hereto is a true and correct copy of Climate Feedback's

5  purported fact-check of Mr. Stossel's reporting, available at

6  https://climatefeedback.org/claimreview/climate-change-forest-management-and-several-other-

7  causes-contribute-to-wildfire-severity-and-total-area-burned-in-the-western-united-

8  states/?fbclid=IwAR3s8qPmSScINCXh9fKFUfKxA1HRF-u07sFpp24fg9UOn8SdVTeQUHzEuGk,

9  which I accessed on December 7, 2021.

10    8.    Attached as Exhibit F hereto is a true and correct copy of Meta's webpage captioned

11  "About Fact-Checking on Facebook," available at

12  https://www.facebook.com/business/help/2593586717571940?id=673052479947730, which I

13  accessed on December 7, 2021.

14    9.    In September 2021, our firm engaged the help of a vendor experienced with effecting

15  service on foreign defendants through the Hague Service Convention. This vendor advised us that

16  such service ordinarily takes 4 to 5 months from submission of a request to proof of service, and

17  quoted our firm a total service price of $6,800, inclusive of the cost to translate into French the

18  multiple service documents required by this Court's Local Rules for valid service of a summons.

19    10.    On October 9, 2021, through a legal vendor retained by our firm, our firm served legal

20  process in this action on Nicole Forrester in West Virginia. A true and correct copy of the Affidavit

21  of Service provided to our firm by our vendor is filed at ECF Dkt. 23.

22    I declare under penalty of perjury under the laws of the United States of America that the

23  foregoing is true and correct.

24    Dated: December 7, 2021

25

26                    _____/s/ Krista L. Baughman_____
                         Krista L. Baughman
27

28
                            3



Declaration of Krista L. Baughman                    Case No. 5:21-cv-07385-VKD

# EXHIBIT A

Log In

 


**infogreffe**
Entreprendre en confiance

Get information on companies    Online procedure    Digital court    Datainfogreffe    Go further

Company, director, registry, formalities, news, name, name + Zip Code, SIREN…

Advanced search

# SCIENCE FEEDBACK

PARTAGER LE LIEN VERS CETTE FICHE ENTREPRISE

PERFORM A FORMALITY

Select

Not entered on the Trade and Companies Register

BACK TO RESULTS    NEW ADVANCED SEARCH

## COMPANY INFORMATION SCIENCE FEEDBACK

VIEW OFFICIAL DOCUMENTS

**IDENTITY**    OFFICE(S)

### COMPANY DESCRIPTION

| | |
|---|---|
| Entry on the SIRENE listing: | 09/2018 |
| SIREN identifier: | 842 192 692 |
| SIRET identifier of the registered office: | 842 192 692 00031 |
| Legal category: | Association déclarée |
| Primary Activity Undertaken (APE): | Autres services d'information n.c.a. |

### OFFICE DESCRIPTION

| | |
|---|---|
| Entry on the SIRENE listing: | 04/2020 |
| SIRET identifier: | 842 192 692 00031 |
| Brand name: | |
| Address: | 21 PLACE DE LA REPUBLIQUE 75003, PARIS 3 |
| Primary Activity Undertaken (APE): | Autres services d'information n.c.a. |



## OFFICIAL DOCUMENTS

It is not possible to place an order for offices not entered on the Trade and Companies Register

**SIRENE database, rights reserved**

**Last update on 21/09/2021**

## Who are we ?
## infogreffe

Infogreffe est le Groupement d'intérêt Economique (GIE) des greffes des tribunaux de commerce français. Infogreffe est la plateforme de services en ligne destinée à accompagner les entreprises et faciliter les moments-clés de leur développement.

## Our services

Order a document

Set a monitoring

Companies per criteria

Statistics

Search for a case

Certigreffe

Prepaid Card

## Useful links

Who are we ?

News

FAQ

Find a court registry

Companies directory

Lexicon

Prices

Contact us

Legal notice

General Conditions of Use - General Conditions of Sale

## Follow us on social networks

GDPR Charter

Cookies policy

Sitemap

Infogreffe's Partner Network :   The National Council of Commercial Court Registrars - European Business Register -   Agence France Entrepeneur -   les-aides.fr -   Service-Public.fr



Se Connecter

FR | EN

Les greffiers des
tribunaux de commerce



**infogreffe**
Entreprendre en confiance

S'informer sur les entreprises          Démarches en ligne          Tribunal Digital          Autres services          Datainfogreffe

Entreprise, dirigeant, greffe, formalité, actualité, nom, nom + code postal, SIREN... 🔍

Recherche avancée

## SCIENCE FEEDBACK

PARTAGER LE LIEN VERS CETTE FICHE ENTREPRISE

EFFECTUER UNE FORMALITÉ

Sélectionner

Non Inscrit au Registre du Commerce et des Sociétés

RETOUR AUX RÉSULTATS          NOUVELLE RECHERCHE AVANCÉE

### INFORMATIONS SUR L'ENTREPRISE SCIENCE FEEDBACK

VOIR LES DOCUMENTS OFFICIELS

**IDENTITÉ**     ÉTABLISSEMENT(S)

#### DESCRIPTION DE L'ENTREPRISE

| | |
|---|---|
| Inscription au répertoire SIRENE : | 09/2018 |
| Identifiant SIREN : | 842 192 692 |
| Identifiant SIRET du siège : | 842 192 692 00031 |
| Catégorie juridique : | Association déclarée |
| Activité Principale Exercée (APE) : | Autres services d'information n.c.a. |

#### DESCRIPTION DE L'ÉTABLISSEMENT

| | |
|---|---|
| Inscription au répertoire SIRENE : | 04/2020 |
| Identifiant SIRET : | 842 192 692 00031 |
| Enseigne : | |
| Adresse : | 21 PLACE DE LA REPUBLIQUE 75003, PARIS 3 |
| Activité Principale Exercée (APE) : | Autres services d'information n.c.a. |

### DOCUMENTS OFFICIELS

Aucune commande possible pour les établissements non inscrits au Registre du Commerce et des Sociétés

**Base de données SIRENE, droits réservés**

**Dernière mise à jour le 21/09/2021**



### Qui sommes nous ?

## infogreffe

Infogreffe est le Groupement d'intérêt Economique (GIE) des greffes des tribunaux de commerce français. Infogreffe est la plateforme de services en ligne destinée à accompagner les entreprises et faciliter les moments-clés de leur développement.

### Nos services

Acheter un document

Poser une surveillance

Cibler des entreprises

Observatoire statistique

Rechercher une affaire

Certigreffe

Carte prépayée

### Liens utiles

Qui sommes-nous ?

Actualités

Foire aux questions

Trouver un greffe

Annuaire des entreprises

Lexique

Tarifs

Nous contacter

Mentions légales

CGU-CGV

Charte RGPD

### Suivez-nous sur les réseaux

Politique des cookies

Plan du site

Le réseau des organismes partenaires :  Conseil National des Greffiers des Tribunaux de Commerce - European Business Register -  Agence France Entrepeneur -  les-aides.fr -  Service-Public.fr

# EXHIBIT B

Accurate information is the foundation of a functioning democracy

## WHAT WE DO

Science Feedback is a worldwide network of scientists sorting fact from fiction in science based media coverage. Our goal is to help readers know which news to trust.

## Latest Claim Reviews – CLIMATE



**MISLEADING**

*Study Shows The Great Barrier Reef Is Growing Quickly*

**Ben Zeisloft, The Daily Wire**
- 30 Oct 2021

**INACCURATE**

*An electric car "costs more than seven times as much" as a gasoline powered car*

**Facebook users, Facebook**
- 21 Oct 2021

More Climate Claim Reviews

## Latest Claim Reviews – HEALTH



**MISLEADING**

*"Omicron COVID Variant Found ONLY in Fully Vaccinated"*

**Bill Hennessy, Gateway Pundit**
- 03 Dec 2021

**INACCURATE**

*"Forbes article is evidence that COVID-19 vaccines change our DNA"*

**Social media users, Facebook, Instagram**
- 02 Dec 2021

More Health Claim Reviews

## Latest Article Reviews - CLIMATE



PragerU

CNN

More Climate Article Reviews

Latest Article Reviews - HEALTH



CNN

Washington Times

More Health Article Reviews

Latest Insight articles – CLIMATE





Explainer: How the rise and fall of CO$_2$ levels influenced the ice ages

The Earth's climate has been quite stable over the past 11,000 years, playing an important role in the development of human civilisation. Prior to that, the Earth experienced an ...

- 02 Jun 2021

The potentials and limitations of tree plantings as a climate solution

the international conversation on tree plantings as a solution to reducing CO2 emissions in the atmosphere and mitigating the rise in global surface temperature is mixed, with judg...

- 11 Jun 2020

More Climate Insights

Latest Insight articles – HEALTH







### Infection-induced immunity versus vaccine-induced immunity: Weighing the benefits and risks

*Introduction Multiple articles and social media posts have debated the strength of infection-induced immunity—commonly referred to as natural immunity—compared to vaccina...*

- 03 Nov 2021

### Statements in Project Veritas video contradict public health authorities and experts' recommendation for eligible children to be vaccinated against COVID-19

*Introduction On 27 September 2021, the group Project Veritas published a video on several social media platforms, including Facebook, Instagram, and YouTube, containing claims that...*

- 02 Oct 2021

More Health Insights

## News & Events



### Science Feedback invited to speak at European Commission CONNECT University, Digital for our Planet

*Emmanuel Vincent, PhD, Founder & Director of Science Feedback was invited to participate in the European Commission CONNECT University Summer School 2021, Digital for our Plane...*

- 09 Jul 2021



### Science Feedback is awarded an IFCN Development Grant to build database on sources of misinformation

*Science Feedback is very pleased to be awarded a development grant from the Poynter Institute's International Fact-Checking Network (IFCN). This grant aims to further innovation ...*

- 24 Aug 2020

More News & Events

## science feedback



**COMMUNITY**
Climate Reviewers
Health Reviewers
Apply to become a reviewer

**ORGANIZATION**
About
Community standards

**GET IN TOUCH**
Contact us

**FOLLOW US**


# EXHIBIT C

Climate Feedback   Climate Reviews   Claim Reviews   Insights   Support us

**Accurate information is the foundation of a functioning democracy**

WHAT WE DO    Climate Feedback is a worldwide network of scientists sorting fact from fiction in climate change media coverage. Our goal is to help readers know which news to trust.

## Latest Claim Reviews

Coral cover in the Great Barrier Reef improved in 2021, but that doesn't mean the reef is 'growing quickly,' contrary to Daily Wire claim



*Study Shows The Great Barrier Reef Is Growing Quickly*

**MISLEADING**

**Ben Zeisloft, The Daily Wire**
- 30 Oct 2021

Global warming contributes to increased heat-related mortality, contrary to Bjorn Lomborg's unsupported claims that climate change is saving hundreds of thousands of lives each year



*"Global warming saves 166,000 lives each year"; those claiming that climate change is causing heat-related deaths are wrong because they ignore that the population is growing and becoming older*

**UNSUPPORTED**

**Bjorn Lomborg, New York Post, Facebook**
- 15 Sep 2021

More Claim Reviews


Get scientists' reviews delivered directly to your inbox

enter your email address

Sign Up

## Latest Article Reviews



PragerU video on climate change repeats a range of misleading claims by Steven Koonin

PragerU

*"The author of this video, Dr. Steven Koonin, says he is following the scientific reports published by the UN and US government, but by subtly changing wording and choosing not to ...*

- 29 Nov 2021



Rain fell on Greenland summit for the first time on record, as accurately reported by CNN

CNN

*"The article is highly factual. One issue that we have is the lack of data*



$CO_2$ coalition sponsored article in The Washington Times presents list of false and misleading statements about the impacts of $CO_2$ and climate change

The Washington Times

*over the Greenland Ice Sheet (both spatially and temporally). Thus some of the claims, although backed by...*
- 29 Sep 2021

"This article recycles old tropes such as 'it's been warm before', 'CO2 levels have been higher in the past' (millions of years ago!), 'CO2 is food'...
- 05 May 2021

More Article Reviews



Scientists, you can help create a better informed society. Become a reviewer today!

See who is already contributing.

Apply here

## Insights



### Explainer: How the rise and fall of CO₂ levels influenced the ice ages

*The Earth's climate has been quite stable over the past 11,000 years, playing an important role in the development of human civilisation. Prior to that, the Earth experienced an ...*

- 02 Jun 2021



### The potentials and limitations of tree plantings as a climate solution

*the international conversation on tree plantings as a solution to reducing CO2 emissions in the atmosphere and mitigating the rise in global surface temperature is mixed, with judg...*

- 11 Jun 2020

More Insights

## News & Events



### Perugia International Journalism Festival: media, news and the future of climate change

*This panel will address these topics with experts coming from some of the leading experiences in the field that encompasses the communication of climate change for public opinion a...*

- 08 May 2019



### Tackling misinformation and disinformation in Science: a workshop organized by the European Science-Media Hub, Wednesday 6 February 2019

### European Science-Media Hub Workshop 'Tackling misinformation and disinformation in science'

*How to tackle disinformation in science? How scientists and journalists could work better together in order to prevent misinformation? The knowledge lab of the ESMH on 6th February...*

- 11 Feb 2019

More News & Events

Hear what they are saying about us



More Press

climate feedback



**COMMUNITY**

Reviewers

Community standards

Apply to become a reviewer

**ORGANIZATION**

About

Our method to evaluate articles

Our method to evaluate claims

**GET IN TOUCH**

Contact us

**FOLLOW US**



# EXHIBIT D

## Team



### Emmanuel Vincent

**Founder & Director**

Emmanuel completed a PhD at the University Pierre et Marie Curie (Paris, France) and a post-doctoral fellowship at the Massachusetts Institute of Technology (MIT, Cambridge, USA), studying how the Ocean controls Hurricane intensity and how Hurricane can in turn influence the climate via their interaction with the Ocean.
He launched Science Feedback to help the scientific community play a leading role in providing the public with accurate information on scientific topics.



### Iria Carballo-Carbajal

**Science Editor, Health**

Iria earned an undergraduate degree in biology and an MSc in secondary education from the University of Oviedo (Spain). After obtaining her PhD in Neuroscience from the University of Tuebingen (Germany), she worked as a postdoctoral researcher at the Vall d'Hebron Research Institute (Barcelona, Spain). Her research has focused on understanding the molecular basis of Parkinson's disease to search for new treatments.



### Fernanda Ferreira

**Science Editor, Health**

Fernanda has a PhD in Virology from Harvard University and a Masters in Science Writing from the Massachusetts Institute of Technology. As a freelance science writer, her work has appeared in *MIT Technology Review*, *Science*, and other publications. She joined Health Feedback in 2021.



### Sophie Fessl

**Science Editor, Health**

Sophie Fessl has a PhD in developmental neurobiology from King's College London and a degree in biology from the University of Oxford. After completing her PhD, she swapped her favorite animal model, the fruit fly, for pen and paper. As a freelance science journalist and writer, she covers neuroscience, oncology, biology and research news.



### Nikki Forrester

**Science Editor, Climate and Ecology**

Nikki holds a PhD in ecology and evolutionary biology from the University of Pittsburgh where she studied plant-bacterial interactions. As a freelance science writer, she covers climate, ecology, evolution, and research news. Her work appears in *Nature*, *Science*, the *St. Louis Post-Dispatch*, and other outlets.



### Ian Le Guillou

**Science Editor, Health**

Ian completed a PhD in biochemistry from the University of Cambridge (U.K.) where he studied protein structures. After his PhD, he worked in communications for medical research charities to explain the latest science to the general public. As a freelance science writer, Ian now covers a range of biomedical research with work appearing in *Chemistry World*, *The Scientist*, and *Horizon* magazine.



### Lambert Baraut-Guinet

**Science Editor, Climate**

Lambert earned Masters in Geochemistry from the *Institut de Physique du Globe de Paris* and in climate change communication from the *Université Paris Saclay*. After his PhD in isotopic geochemistry at the *Muséum National d'Histoire Naturelle* where he studied mass-independent isotopic fractionation processes of ozone, he worked as a

### Support our work

We depend on your support to operate. Help us create a more trustworthy Internet!

**Donate**

studied mass-independent isotope fractionation processes of ozone. He worked as a
science editor, technical writer and mathematics teacher. As a freelance writer, his work
has appeared in *The Guardian*, *Physics World*, and other publications. He joined Climate Feedback in
2021.



### Rubén Portela Carballeira

**Science Editor, Health**

Rubén earned an MSc in environmental sciences and a PhD in ecology from the
University of A Coruña (Spain). During his doctoral studies he did stays at the Beijing
Forestry University (China), the Federal University of São Carlos (Brazil), and the
University of Trás-os-Montes e Alto Douro (Portugal). His research focused on invasion
ecology, related to clonal plant species, and ecological modelling. He works as a
freelance writer and science communicator.



### Pablo Rougerie

**Science Editor, Health**

Pablo obtained his PhD in Immunology from the University Paris – Descartes (France). He
then worked as a postdoctoral researcher at the Albert Einstein College of Medicine
(New York, U.S.) and at the Federal University of Rio de Janeiro (Brazil). His research
focused on different topics in cell biology, including the regulation of T lymphocyte
activation, the mechanics of cell deformation, and the use of biomaterials of specific
geometry to guide the growth of biological tissues.



### Flora Teoh

**Science Editor, Health**

Flora obtained a PhD in Biological Sciences from Nanyang Technological University
(Singapore). During her doctoral studies, she examined how a human-colonising microbe
could evolve in response to changes within a mammalian host, and how this process
could influence microbial virulence. After a brief stint as a postdoctoral fellow at the
Institute of Molecular and Cell Biology (Singapore), she joined Health Feedback in 2018
as science editor. She has also worked as a freelance science writer – her articles have
appeared in *Asian Scientist Magazine* and *A*STAR Research*.

### Susanna Nilstam

**Chief Of Operations**

Susanna completed a Master degree in Marketing & Business Administration at Lund
University School of Economics and Management. She worked for many years as Head
of Marketing for a French Film Distribution Company, until deciding to join On Purpose –
a one-year leadership program supporting experienced professionals to switch into the
social enterprise sector.

### Erwan Ledoux

**Tech Lead**

Erwan completed a PhD in statistical physic. He then brought his expertise to the
software engineering department at the artificial intelligence company Snips, and later
joined the French "Ministère de la Culture" on the "pass Culture" project. He specializes in
the construction of web and mobile applications and intelligent data processing systems
of all types.

### Quan Trinh

**Full Stack Developer**

Quan graduated from Nanyang Technological University in Singapore with a degree in
Digital Animation. After a few years working as a game developer, he came to France to
study at Ecole 42 and worked with startups to develop web applications that help to
better lives.

### Vincent Cristia

**Finance & Partnerships Lead**

Vincent completed a Master degree in Economics at AgroParisTech (Paris Saclay
University) and holds a Master of Public Administration from Ecole Nationale
d'Administration (ENA). He worked for the French Ministry of Economy and Finance as
head of higher education and research office. He later joined the French Agency of
continuing professional education (Afpa) as deputy CEO.

How we work

Science editors identify trending news and claims according to their influence on social media and the
quantity or degree of scientific evidence within the reporting. Once an article or claim is selected for review,
one editor leads the fact-checking effort by contacting relevant experts, reading and summarizing the
scientific literature on the topic, and writing a draft of the review. At least one other editor reviews the draft,
challenges the claims, and pinpoints where additional clarity and references are needed. Challenging
questions are decided by the director.

## Advisors

### Kerry Emanuel

Professor of Atmospheric Sciences, MIT
Member of the US National Academy of Science

### Thomas Malone

Professor of Management, MIT Sloan School of Management
Founding director of the Center for Collective Intelligence

### Christelle Perrin

Head of Communication, Marketing and Influence actions at Fermes d'Avenir

### Richard Somerville

Professor Emeritus, Scripps Institution of Oceanography, University of California, San Diego
Science Director, Climate Communication

### Anthony LeRoy Westerling

Associate Professor, University of California, Merced

## Former contributors

### Scott K. Johnson

**Science Editor, Climate**

Scott holds a Master of Science in Hydrogeology from the University of Wisconsin-Madison. He teaches college-level Earth science, and has worked as a freelance science journalist covering the geosciences since 2011, primarily for *Ars Technica*.

### Jessica P. Johnson

**Science Editor, Biology**

Jessica holds an MS in microbiology from UMass Amherst and an MS in science journalism from Boston University. She has conducted laboratory and field research in biofuels and environmental restoration. And since 2011 she has covered science research news for *PNAS*, *Nature Medicine*, *The Scientist*, and others.

### Marie Penché

**Fundraising & Development Officer**

Marie completed a master's degree in Telecommunications Engineering at the French IMT Lille Douai engineering school. She worked for 10 years as Project Manager in the telecommunications sector, until she felt the need to work for purpose-driven organisations. She recently initiated a transition to the social enterprise sector by joining the On Purpose Associate program and, as such, joined Science Feedback for a 6-month placement. She will focus on fundraising activities and also drive workflows improvement.

## Acknowledgments

- Ben Okun — Editorial support
- Daniel Nethery — Associate Editor
- Laura Kiritze-Topor — Graphic Design
- Lauren Raimondo Gaffney — Graphic Design



science feedback

**COMMUNITY**
Climate Reviewers
Health Reviewers
Apply to become a reviewer

**ORGANIZATION**
About
Community standards

**GET IN TOUCH**
Contact us

**FOLLOW US**


# EXHIBIT E

 

Climate Feedback    Article Reviews    Claim Reviews    Insights    Support us

Search Climate Feedba    Search

# Climate change, forest management and several other causes contribute to wildfire severity and total area burned in the western United States



561 SHARES    Share    Tweet    +

CLAIM    VERDICT ⓘ

"Forest fires are caused by poor management. Not by climate change."    MISLEADING 

SOURCE: Facebook users, Facebook, 9 Sept 2020 ☐

DETAILS

**Misrepresents a complex reality**: The causes and behaviors of wildfires in the western US are influenced by a variety of factors, including weather conditions, climate change, past fire suppression practices, and an increase in the number of people living near wildlands.
**Incorrect**: Scientific studies demonstrate clear links between climate change, hotter and drier conditions, and an increase in dry vegetative fuel load, drastically increasing the amount of forest fire area in the western US.

KEY TAKE AWAY

💡 In addition to land management practices, the severity of wildfires in the western US is influenced by extreme heat, drought, and the amount of dry vegetative fuel, which are all linked to human-caused climate change. Climate change is not the only factor that affects fire behavior, but it is an important one. Since 1984, the forest fire area in the western US likely doubled due to climate change.

## Stay informed

Get email news updates ✉
Follow us:
 📷 🐦

## Method

See how we rate claims

## Reviewers

Daniel Swain
Climate Scientist, University of California, Los Angeles

Stefan Doerr
Professor, Swansea University

Zeke Hausfather
Director of Climate and Energy, The Breakthrough Institute

## Editor

Nikki Forrester
Science Editor, Climate

## Support our work

We depend on your support to operate. Help us create a more trustworthy Internet!

 Donate

## REVIEW

CLAIM: "Forest fires are caused by poor management. Not by climate change. While fire behavior is affected by weather and climate...fires around the state of California do not happen because of climate change; they are caused because of an unsustainable fuel load and failed environmental practices."

## REVIEW

The claim that the forest fires currently burning in the western United States are caused by poor forest management and not climate change appeared in multiple Facebook posts published in September 2020. While forest management practices, specifically fire suppression, have increased the fuel load, scientific evidence also links climate change to hotter and drier conditions, which increase the amount of dry vegetative fuel and the total area burned in the western US[1].

Forest management efforts like thinning and prescribed burns are important to restore forests to the lighter fuel loads that existed before the fire suppression policies of the 20th century, says Valerie Trouet, an associate professor at the University of Arizona. But climate change is also a key contributor to fire severity today. As described in Abatzoglou and Williams (2016), "human-caused climate change caused over half of the documented increases in fuel aridity since the 1970s and doubled the cumulative forest fire area since 1984" (see figure below)[1]



*Figure—Western US forest fire area on a logarithmic scale compared to standardised fuel aridity, with data points during the 1984-1999 (blue dots) and 2000-2017 (red dots) periods highlighted. Map insert shows the western US forest areas. From Abatzoglou et al. (2016)[1].*

Several states in the western US, including California, Oregon, and Washington, are currently experiencing extreme drought (see figure below).



August was also the hottest month on record for California. These conditions, combined with strong winds, increased the severity of the current wildfires.

In addition to climate and weather, factors such as past fire suppression (causing fuel accumulation over time) and people living in closer proximity to wildlands also influence wildfire behavior, as described by the reviewers below. For a more in-depth discussion of how climate change influences wildfires in California, see our 2018 post: A discussion with experts on California wildfire links to climate change.

UPDATE (8 October 2020): Stossel TV claimed this review was inappropriately used to apply a "Missing Context" flag to their video on Facebook. This claim is based on a misrepresentation of our process, and of the assessments of the scientists who contributed to this review. For an explanation of how we rated their video, read our post published here.

## SCIENTISTS' FEEDBACK

**Zeke Hausfather**, Director of Climate and Energy, The Breakthrough Institute:
*[Comment from a previous evaluation of a similar claim]*

[The] claims that climate plays no role in natural disasters and wildfires fly in the face of a large peer-reviewed scientific literature showing clear links between climate change and extreme heat events, drought, and extreme rainfall as well as links between hotter and drier conditions and wildfire areas burned in many regions of the world[2-5].

All three factors – buildup of vegetation due to fire suppression, more people living in the wildland-urban interface, and hotter and drier conditions have contributed to severe wildfires in regions like the western US in recent years.

A 2016 study showed that climate change is responsible for over half the increase in fuel aridity (drier fuel load), and has doubled the cumulative forest area burned[1]. Rising average global temperatures have led to higher spring and summer temperatures, which in turn have led to earlier spring snowmelt. Further, there is evidence that climate change is causing winter rains to come later in autumn, and stop earlier in spring[6,7]. This is extending the area and time periods in which forests become combustible, and in parts of California, fire season is now 50 days longer than in 1979[8,9].





**Stefan Doerr**, Professor, Swansea University:

*[Comment from a previous evaluation of a similar claim]*

Several global climate trends promote fire: increased temperature, frequency, intensity and/or extent of heatwaves, droughts and extreme winds. This is very well established and summarised in the IPCC (2014) report[2,3]. Climate change has led to an increase in area burned in regions where fires burn more intensely and have a greater impact (e.g. western USA and Canada)[1,10].

**Daniel Swain**, Climate Scientist, University of California, Los Angeles:

*[Comment from a previous evaluation of a similar claim]*

This is misleading and incorrect as stated. While the legacy of 20th century forest management policies, as well as urban incursion into the wildlands, are indeed relevant in some areas, research has shown that such non-climate factors cannot account for the enormous increase in area burned by wildfire both in the broader American West and California specifically.

In fact, drying of vegetation due to climate change is responsible for about half of the observed increase in western U.S. forest fire area burned over the past several decades[1]. More specifically in California, observed warming and drying more than doubled the occurrence of extreme fire weather conditions between 1979 and 2018—a trend that is attributable to human-caused climate change[10].

## REFERENCES

- 1 – Abatzoglou et al. (2016) Impact of anthropogenic climate change on wildfire across western US forests. *PNAS*.
- 2 – IPCC (2014) Climate Change 2014: Summary for Policymakers. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change.
- 3 – National Academies of Sciences, Engineering, and Medicine (2016) Attribution of extreme weather events in the context of climate change. *The National Academies Press*.
- 4 – Diffenbaugh (2020). Verification of extreme event attribution: using out-of-sample observations to assess changes in probabilities of unprecedented events. *Science Advances*.
- 5 – Swain et al. (2020) Attributing extreme events to climate change: A new frontier in a warming world. *One Earth*.
- 6 – Swain et al. (2018) Increasing precipitation volatility in twenty-first-century California. *Nature Climate Change*.
- 7 – Dong et al. (2019) Mechanisms for an amplified precipitation seasonal cycle in the U.S. west coast under global warming. *Journal of Climate*.
- 8 – Westerling. (2016) Increasing western US forest wildfire activity: sensitivity to changes in the timing of spring. *Philosophical Transactions of the Royal Society B*.
- 9 – Jolly et al. (2015) Climate-induced variations in global wildfire danger from 1979 to 2013. *Nature Communications*.
- 10 – Goss et al. (2020) Climate change is increasing the risk of extreme autumn wildfire conditions across California. *Environmental Research Letters*.

NOTES

This fact check is available at IFCN's 2020 US Elections FactChat #Chatbot on WhatsApp. Click here. for more.

US West   Wildfires

Published on: 16 Sep 2020 | Editor: Nikki Forrester

*Climate Feedback is a non-partisan, non-profit organization dedicated to science education. Our reviews are crowdsourced directly from a community of scientists with relevant expertise. We strive to explain whether and why information is or is not consistent with the science and to help readers know which news to trust.*
*Please get in touch if you have any comment or think there is an important claim or article that would need to be reviewed.*



# climate feedback



**COMMUNITY**
Reviewers
Community standards
Apply to become a reviewer

**ORGANIZATION**
About
Our method to evaluate articles
Our method to evaluate claims

**GET IN TOUCH**
Contact us

**FOLLOW US**


EXHIBIT F



∞ Meta for Business | Meta Business Help Center                                    Support

Create & Manage        Publish & Distribute        Advertise        Sell on Facebook &        Monetize Your Content        Create an Ad ▾
Accounts                     Content                                                  Instagram                      or App

# About Fact-Checking on Facebook

10,200 views

We're committed to fighting the spread of misinformation on Facebook and Instagram. In many countries and regions, we work with independent, third-party fact-checking organizations who are certified through the non-partisan International Fact-Checking Network (IFCN) to identify, review and take action on this content. Read more about our partnerships here and learn about the elements of our program below.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

The focus of this fact-checking program is identifying and addressing viral misinformation, particularly clear hoaxes that have no basis in fact. Fact-checking partners prioritize provably false claims, especially those that are timely or trending and important to the average person.

Fact-checking partners do not prioritize claims that are inconsequential or consist of minor inaccuracies. Additionally, the program is not meant to interfere with individual expression, opinions and debate, clearly satirical or humorous content, or business disputes.

## How the program works

Our program includes several key steps:

- **Identify false news**: We identify potential misinformation using signals, like feedback from people on Facebook, and surface the content to fact-checkers. Fact-checkers may also identify content to review on their own.

- **Review content**: Fact-checkers will review content, check its facts, and rate its accuracy. This happens independently from Facebook, and may include calling sources, consulting public data, authenticating videos and images, and more.

- **Clearly label misinformation and inform users about it**: We apply a label to content that's been reviewed by fact-checking partners, so people can read additional context. We also notify people before they try to share this content, and people who have shared it in the past.

⌐ Help chosen for you

Publish a Pre-order                →
Item in Your Shop
Business Help Center
72,606 views

Supported Markets for            →
Facebook Commerce
Surfaces
Business Help Center
66,770 views

Best Practices for                →
Account Health
Business Help Center
29,554 views

• • •

- **Ensure fewer people see misinformation**: Once a fact-checker rates a piece of content as False, Altered or Partly False, it will appear lower in News Feed, be filtered out of Explore on Instagram, and be featured less prominently in Feed and Stories. This significantly reduces the number of people who see it. We also reject ads with content that has been rated by fact-checkers.

- **Take action against repeat offenders**: Pages and websites that repeatedly share misinformation rated False or Altered will have some restrictions, including having their distribution reduced. They may also have their ability to monetize and advertise removed, and their ability to register as a news Page removed for a given time period.

Was this information helpful?     Permalink · Share

○ Yes   ○ No

**More in this section: NEWS**

**OVERVIEW** —

> **Fact-checking on Facebook**

RATING OPTIONS AND
PROGRAM POLICIES +

**ENFORCEMENT** +

CORRECTIONS AND
DISPUTES +

∞ Meta for Business

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our
Meta for Business Page.

**Marketing on Facebook**
Success stories
Measurement
Industries
Inspiration
Events
News
Sitemap

**Marketing objectives**
Build your presence
Create awareness
Drive discovery
Generate leads
Boost sales
Earn loyalty

**Facebook Pages**
Get started with Pages
Setting up your Page
Manage your Facebook Page
Promote your Page
Create and boost Facebook posts
Messaging on your Page
Page Insights

**Facebook ads**
Get started with ads
Buying Facebook ads
Ad formats
Ad placement
Choose your audience
Measure your ads
Managing your ads

**Resources**
Ads Guide
Business Help Center
Audience Network
Facebook Blueprint
Facebook for Developers
Facebook IQ
Facebook Business Partners
Instagram Business
Visit our Facebook Page
Support

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages ›

© 2021 Meta   About   Developers   Careers   Privacy   Cookies   Terms   Help Center