UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN STOSSEL,

    Plaintiff,

v.

META PLATFORMS, INC., et al.,

    Defendants.

Case No. 21-cv-07385-VKD

**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**

Before the Court is defendant Meta Platforms, Inc.'s ("Meta") motion to dismiss plaintiff John Stossel's complaint. Dkt. No. 27. Mr. Stossel asserts that on October 12, 2021 he personally served a managing or general agent of defendants Science Feedback and Climate Feedback. Dkt. No. 34; Dkt. No. 34-1 ¶ 10; *see also* Dkt. No. 23. However, defendants Science Feedback and Climate Feedback have not yet appeared in the action.

Absent consent of all parties, this Court lacks jurisdiction to hear and decide the pending motion to dismiss. 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Accordingly, the Clerk of the Court shall reassign this matter to a district judge. If all parties subsequently consent to magistrate judge jurisdiction, the matter may be reassigned to the undersigned.

**IT IS SO ORDERED.**

Dated: December 8, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge