1  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
2  DHILLON LAW GROUP INC.
3  177 Post Street, Suite 700
   San Francisco, California 94108
4  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
5
6  Attorneys for Plaintiff
   JOHN STOSSEL
7

8              **UNITED STATES DISTRICT COURT**
9
10             **NORTHERN DISTRICT OF CALIFORNIA**
11                        **SAN JOSE DIVISION**
12

| | |
|---|---|
| **JOHN STOSSEL**, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| **META PLATFORMS, INC.**; **SCIENCE FEEDBACK**, a French non-profit organization; and **CLIMATE FEEDBACK**, a French non-profit organization, | |
| Defendants. | |



Notice of Change of Counsel                               Case No. 5:21-cv-07385-VKD

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff John Stossel ("Plaintiff") hereby removes Stuart S. McCommas, formerly of Dhillon Law Group Inc., as one of his attorneys of record, as he is no longer with the firm.

Krista L. Baughman of Dhillon Law Group Inc. shall continue as counsel of record in this case. Please direct all future notice to Ms. Baughman.

Date: December 21, 2021                              DHILLON LAW GROUP INC.

                                                By:   /s/ Krista L. Baughman
                                                      Krista L. Baughman
                                                      Attorney for Plaintiff John Stossel

