Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

Selina MacLaren (CA State Bar No. 300001)
Abigail Zeitlin (CA State Bar No. 311711)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213633-6800
Facsimile: (213) 633-6899
Email: selinamaclaren@dwt.com
       abigailzeitlin@dwt.com

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>  Defendants. | Case No. 5:21-cv-07385-LHK<br><br>**NOTICE OF APPEARANCE OF THOMAS R. BURKE**<br><br>Complaint Filed: September 22, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Thomas R. Burke hereby appears on behalf of Defendants, SCIENCE FEEDBACK and CLIMATE FEEDBACK, in the above-entitled action, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the above-stated address.

DATED: January 4, 2022

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
SELINA MACLAREN
ABIGAIL ZEITLIN

By: */s/ Thomas R. Burke*
　　　Thomas. R. Burke

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK