1  Thomas R. Burke (CA State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         thomasburke@dwt.com

5  Selina MacLaren (CA State Bar No. 300001)
   Abigail Zeitlin (CA State Bar No. 311711)
6  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
7  Los Angeles, California  90017-2566
   Telephone:     (213633-6800
8  Facsimile:     (213) 633-6899
   Email:         selinamaclaren@dwt.com
9                 abigailzeitlin@dwt.com

10 Attorneys for Defendants
   SCIENCE FEEDBACK and
11 CLIMATE FEEDBACK

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN STOSSEL, an individual, | Case No.  5:21-cv-07385-LHK |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF ABIGAIL ZEITLIN** |
| FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | Complaint Filed:  September 22, 2021 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Abigail Zeitlin hereby appears on behalf of Defendants, SCIENCE FEEDBACK and CLIMATE FEEDBACK, in the above-entitled action, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the above-stated address.

DATED:  January 4, 2022

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
SELINA MACLAREN
ABIGAIL ZEITLIN

By:  */s/ Abigail Zeitlin*
       Abigail Zeitlin

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK