1    Thomas R. Burke (CA State Bar No. 141930)
     DAVIS WRIGHT TREMAINE LLP
2    505 Montgomery Street, Suite 800
     San Francisco, California  94111-6533
3    Telephone:    (415) 276-6500
     Facsimile:     (415) 276-6599
4    Email:        thomasburke@dwt.com

5    Selina MacLaren (CA State Bar No. 300001)
     Abigail Zeitlin (CA State Bar No. 311711)
6    DAVIS WRIGHT TREMAINE LLP
     865 South Figueroa Street, Suite 2400
7    Los Angeles, California  90017-2566
     Telephone:    (213633-6800
8    Facsimile:     (213) 633-6899
     Email:        selinamaclaren@dwt.com
9                   abigailzeitlin@dwt.com

10   Attorneys for Defendant
     SCIENCE FEEDBACK
11   (erroneously sued as "Science Feedback
     and Climate Feedback")

12

13                 IN THE UNITED STATES DISTRICT COURT

14                THE NORTHERN DISTRICT OF CALIFORNIA

15   JOHN STOSSEL, an individual,

16            Plaintiffs,

17        v.

18   FACEBOOK, INC., a Delaware corporation;
     SCIENCE FEEDBACK, a French non-profit
19   organization; and CLIMATE FEEDBACK, a
     French non-profit organization,
20
           Defendants.
21

Case No.  5:21-cv-07385-LHK

**DEFENDANT SCIENCE FEEDBACK'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Complaint Filed:  September 22, 2021

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT
Case No. 5:21-cv-07385-LHK

1    Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record for Defendant Science

2  Feedback certifies that Science Feedback is a not-for-profit organization registered in France.

3  Science Feedback exclusively owns and controls a website called Climate Feedback

4  (https://climatefeedback.org).  Science Feedback wholly owns a subsidiary, SciVerify, which is a

5  company registered in France.  Science Feedback has no parent company and issues no stock.  No

6  publicly held corporation owns 10% or more of the stock of SciVerify.

7

8  DATED:  January 4, 2022                         DAVIS WRIGHT TREMAINE LLP
                                                                  THOMAS R. BURKE
9                                                                 SELINA MACLAREN
                                                                  ABIGAIL ZEITLIN
10

11                                                           By:   */s/ Thomas R. Burke*
                                                                   Thomas. R. Burke
12
                                                              Attorneys for Defendant
13                                                            SCIENCE FEEDBACK (erroneously sued as
                                                              "Science Feedback and Climate Feedback")
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CORPORATE DISCLOSURE STATEMENT
Case No. 5:21-cv-07385-LHK