| | |
|---|---|
| 1 | Thomas R. Burke (CA State Bar No. 141930) |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 505 Montgomery Street, Suite 800 |
| | San Francisco, California 94111-6533 |
| 3 | Telephone:  (415) 276-6500 |
| | Facsimile:  (415) 276-6599 |
| 4 | Email:  thomasburke@dwt.com |

Selina MacLaren (CA State Bar No. 300001)
Abigail Zeitlin (CA State Bar No. 311711)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213633-6800
Facsimile:  (213) 633-6899
Email:  selinamaclaren@dwt.com
        abigailzeitlin@dwt.com

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN STOSSEL, an individual, | Case No. 5:21-cv-07385-LHK |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF SELINA MACLAREN** |
| FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | Complaint Filed: September 22, 2021 |
| Defendants. | |

1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that Selina MacLaren hereby appears on behalf of Defendants, SCIENCE FEEDBACK and CLIMATE FEEDBACK, in the above-entitled action, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the above-stated address.

DATED: January 4, 2022

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
SELINA MACLAREN
ABIGAIL ZEITLIN

By: */s/ Selina MacLaren*
   Selina MacLaren

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK

---

1
NOTICE OF APPEARANCE OF SELINA MACLAREN
Case No. 5:21-cv-07385-LHK