KRISTA L. BAUGHMAN (SBN 264600)
 kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
 harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  (415) 520-6593
Facsimile:  (415) 520-6593

*Attorneys for Plaintiff*
JOHN STOSSEL


Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:          thomasburke@dwt.com

*Attorneys for Defendants*
SCIENCE FEEDBACK and
CLIMATE FEEDBACK

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>Defendants. | Case No.  5:21-cv-07385-LHK<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING CONSENT TO MAGISTRATE JUDGE VIRGINIA DEMARCHI PER DKT. 39, AND REGARDING BRIEFING SCHEDULE PER L.R. 6-2(A)** |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Any objection by Defendants Science Feedback and Climate Feedback (the "Feedback Defendants") to the manner in which they were or were not served with process is waived;

2. U.S. Magistrate Judge Virginia K. DeMarchi shall exercise jurisdiction over this matter and be reassigned as the presiding judge;

3. The Feedback Defendants shall file their response(s) to Plaintiff's Complaint by January 31, 2022; Plaintiff shall file his opposition(s) to the Feedback Defendants' response(s) by February 28, 2022; and the Feedback Defendants shall file their reply by March 21, 2022;

4. The briefing schedule on Meta's Motion to Dismiss and Special Motion to Strike shall remain unchanged, with Plaintiff to file his opposition to Meta's Motion by January 11, 2022, and Meta to file its reply by February 8, 2022;

5. Discovery is stayed as to all parties, until the Court has issued an Order deciding both Meta's motions and the Feedback Defendants' motion(s), except that Plaintiff may seek to commence discovery on any factual issues raised by any special motion to strike filed by the Feedback Defendants pursuant to California's anti-SLAPP law.

6. There shall be a consolidated hearing on Meta's pending motions, and on the Feedback Defendants' anticipated motion(s), at a date convenient to the Court in April, 2022.

IT IS SO ORDERED.

Dated: _____          _____
                                        Judge of the U.S. District Court
                                        Northern District of California