1  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
2  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
3  JESSE FRANKLIN-MURDOCK (SBN: 339034)
4  jfranklin-murdock@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593

8  Attorneys for Plaintiff
   JOHN STOSSEL
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **JOHN STOSSEL**, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| **META PLATFORMS, INC.**; **SCIENCE FEEDBACK**, a French non-profit organization; and **CLIMATE FEEDBACK**, a French non-profit organization, | |
| Defendants. | |



**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Jesse Franklin-Murdock, of Dhillon Law Group Inc., hereby appears as counsel for Plaintiff John Stossel.

Krista L. Baughman shall continue as counsel of record in this case. Please continue to direct all future notice to Ms. Baughman.

Date: January 10, 2022                                   DHILLON LAW GROUP INC.


                                                         By:    /s/ Jesse Franklin-Murdock
                                                                Jesse Franklin-Murdock
                                                                Attorney for Plaintiff John Stossel



1

Notice of Appearance of Counsel                                            Case No. 5:21-cv-07385-VKD