UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JOHN STOSSEL,<br><br>             Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC., et al.,<br><br>             Defendants. | Case No. 21-cv-07385-VKD<br><br>**ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 45 |

   Pursuant to Civil Local Rule 7-12, the parties have stipulated to the following with respect to plaintiff's complaint and defendants' responses thereto:

1. That Defendants Science Feedback and Climate Feedback ("Feedback Defendants") waive any objection to the manner in which they were or were not served with process;

2. That the Feedback Defendants shall file their response(s) to plaintiff's complaint by January 31, 2022; plaintiff shall file his opposition(s) to the Feedback Defendants' response(s) by February 28, 2022; and the Feedback Defendants shall file their reply by March 21, 2022;

3. That the briefing schedule on defendant Meta Platforms, Inc.'s ("Meta") motion to dismiss and special motion to strike shall remain as ordered in Dkt. No. 20, with plaintiff to file his opposition to Meta's motion to dismiss by January 11, 2022, and Meta to file its reply by February 8, 2022;

4. That all discovery is stayed as to all parties until the Court has issued an order deciding both Meta's motions and the Feedback Defendants' motion(s), except that plaintiff reserves the right to seek discovery on any factual issues raised by any special motion

to strike filed by the Feedback Defendants pursuant to California's anti-SLAPP law. The Court grants the parties' stipulated request. The Court will hold a consolidated hearing on Meta's pending motions and on the Feedback Defendants' anticipated motions on **April 12, 2022 at 10:00 a.m.**

    **IT IS SO ORDERED.**

Dated: January 10, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge