1  THOMAS R. BURKE (State Bar No. 141930)
     thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111-6533
   Telephone:(415) 276-6500
4  Facsimile:(415) 276-6599

5  SELINA MACLAREN (State Bar No. 300001)
     selinamaclaren@dwt.com
6  ABIGAIL ZEITLIN (State Bar No. 311711)
     abigailzeitlin@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
8  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
9  Fax:  (213) 633-6899

10 Attorneys for Defendant
   SCIENCE FEEDBACK
11 (erroneously sued as "Science Feedback
   and Climate Feedback")

12

13                        IN THE UNITED STATES DISTRICT COURT

14                        THE NORTHERN DISTRICT OF CALIFORNIA

15                                    SAN JOSE DIVISION

16

17 | JOHN STOSSEL, an individual,                    | Case No. 5:21-cv-07385

18 |           Plaintiff,                            | **DECLARATION OF THOMAS R. BURKE IN SUPPORT OF DEFENDANT SCIENCE FEEDBACK'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE, CODE CIV. PROC. § 425.16**

19 |      v.

20 | FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit
21 | organization; and CLIMATE FEEDBACK, a French non-profit organization,

22 |           Defendants.                           | [Special Motion to Strike; Request for Judicial Notice Filed Concurrently]
23
                                                      Date:    April 12, 2022
24                                                    Time:    10:00 AM
                                                      Courtroom:   2
25

26

27

28

DECLARATION OF THOMAS BURKE
Case No. 5:21-cv-07385

I, Thomas R. Burke, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before all the courts in the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP and am one of the attorneys representing defendant Science Feedback in this matter. The matters stated herein are true of my own personal knowledge and I could competently testify about them if called as a witness. I make this declaration in support of Science Feedback's concurrently filed special motion to strike plaintiff John Stossel's complaint pursuant to California Code of Civil Procedure § 425.16 and motion to dismiss pursuant to Rule 12(b)(6) (the "Anti-SLAPP Motion") and the accompanying request for judicial notice.

2. In support of Science Feedback's Anti-SLAPP Motion and accompanying request for judicial notice, I caused true and correct copies of Climate Feedback's September 9, 2020 article and April 21, 2021 article (the "Articles") to be downloaded by an associate in my office on January 25, 2022. A copy of each article is attached as identified below.

   a. ***Climate change, forest management and several other causes contribute to wildfire severity and total area burned in the western United States*** (Sept. 9, 2020), *available at* https://climatefeedback.org/claimreview/climate-change-forest-management-and-several-other-causes-contribute-to-wildfire-severity-and-total-area-burned-in-the-western-united-states/?fbclid=IwAR3s8qPmSScINCXh9fKFUfKxA1HRF-u07sFpp24fg9UOn8SdVTeQUHzEuGk, attached as **Exhibit 1**;

   b. ***Video promoted by John Stossel for Earth Day relies on incorrect and misleading claims about climate change*** (Apr. 17, 2021), *available at* https://climatefeedback.org/evaluation/video-promoted-by-john-stossel-for-earth-day-relies-on-incorrect-and-misleading-claims-about-climate-change/?fbclid=IwAR0zwHkSkUG0u_mu3pRahVy-09w3tcBwGiAuWECjScr5DcyR9Ofj8IxgCbE, attached as **Exhibit 2**.

3. In support of Science Feedback's Anti-SLAPP Motion and accompanying request for judicial notice, I caused true and correct copies of Plaintiff John Stossel's Facebook profile

1  webpage to be downloaded by an associate in my office on January 25, 2022.  This Facebook
2  webpage is available at
3  https://www.facebook.com/watch/100044336443834/?__cft__[0]=AZVWTwDRafsGuSFts4glK
4  _Y0_vPd63ZUHkq7dLGyoZzr1L0emThqAyZISV2CNFIjCX7H7DieD72pjg2YQioLxHUZZhs5
5  nqXigTA_iKZQ2eWwldYu6enFjNl1s-DEVoMB-
6  9QlBhxNMbrQC0chDF3p1NrsiJ6JXRsSgJ8hH86fJS6SPw.  A copy of the Facebook webpage is
7  attached as **Exhibit 3**.
8       4.    In support of Science Feedback's Anti-SLAPP Motion and accompanying
9  request for judicial notice, I caused true and correct copies of Facebook's rating system webpage
10 to be downloaded by an associate in my office on January 25, 2022:  *About Fact-Checking on*
11 *Facebook*, *available at*
12 https://www.facebook.com/business/help/2593586717571940?id=673052479947730.  A copy of
13 the webpage is attached as **Exhibit 4**.
14      5.    In support of Science Feedback's Anti-SLAPP Motion and accompanying
15 request for judicial notice, I caused true and correct copies of Climate Feedback's response page
16 to be downloaded by an associate in my office on January 25, 2022: *Responding to Stossel TV*
17 *video on our rating process* (Oct. 8, 2020), *available at* https://climatefeedback.org/responding-
18 to-stossel-tv-video-on-our-rating-process/.  A copy of the webpage is attached as **Exhibit 5**.
19      6.    In support of Science Feedback's Anti-SLAPP Motion and accompanying request
20 for judicial notice, I caused true and correct copies of Climate Feedback's process page to be
21 downloaded by an associate in my office on January 26, 2022: *Process – How Climate*
22 *Feedback Works*, *available at* https://climatefeedback.org/process/.  A copy of the webpage is
23 attached as **Exhibit 6**;
24      7.    In support of Science Feedback's Anti-SLAPP Motion and accompanying request
25 for judicial notice, I caused true and correct copies the following legislative history materials for
26 California Assembly Bill 998 (2015-2016) that resulted in the 2015 amendment of Civil Code §
27
28

2

DECLARATION OF THOMAS BURKE
Case No. 5:21-cv-07385

48a, to be downloaded from the Internet at my direction on January 26, 2022, from the State of California's Legislative Information website, http://leginfo.legislature.ca.gov/.

    a.  The Legislative Counsel's Digest for Assembly Bill 998;

    b.  The History for Assembly Bill 998;

    c.  The Senate Judiciary Committee Analysis for Assembly Bill 998 (July 13, 2015);

    d.  The Assembly Committee on Judiciary Analysis for Assembly Bill 998 (Apr. 3, 2015)

A copy of the materials is attached as **Exhibit 7**;

8. In support of Science Feedback's Anti-SLAPP Motion and accompanying request for judicial notice, I caused Plaintiff's September 22, 2020 Fire Video and Plaintiff's April 17, 2021 Alarmism Video to be transcribed by a colleague at my law firm. True and correct copies of these transcripts of attached as **Exhibits 8 and 9**, respectively;

9. In support of Science Feedback's Anti-SLAPP Motion and accompanying request for judicial notice, I caused true and correct copies of Plaintiff John Stossel's Facebook post containing the Alarmism Video to be downloaded by an associate in my office on January 30, 2022. This Facebook webpage is available at https://www.facebook.com/100044336443834/videos/844893982901945. A copy of the Facebook webpage is attached as **Exhibit 10**.

Executed at Albany, California, this 31st day of January, 2022.

                                */s/ Thomas R. Burke*
                                Thomas R. Burke