# EXHIBIT 2

# Video promoted by John Stossel for Earth Day relies on incorrect and misleading claims about climate change

Figure 2—Created by Robert A. Rohde from published data and incorporated into the Global Warming Art project.

## ANNOTATIONS

*The statements quoted below are from the video; comments are from the reviewers (and are lightly edited for clarity).*

> Claim: *"Even if the planet warmed by 5 degrees, humans can adjust. People in Holland did... Are you telling me that people in Miami are so dumb that they are just going to sit there and drown?"... "the water has been rising for approximately 20,000 years and probably will continue" "but we can adapt, like Holland has."*

**Benjamin Horton, Professor, Earth Observatory of Singapore:**
*[Comment from a previous evaluation of a similar claim]*
False. Comparison of long tide gauge records and multi-centennial to millennial scale sea-level reconstructions from the same region indicates that the rate of rise during the instrumental period (since ~1850 CE) was significantly faster than it was during the late Holocene (the 4000–2000 years prior to ~1850 CE). The data demonstrate that an acceleration in the rate of sea-level rise occurred[16].

**Patrick Brown, Assistant Professor, San Jose State University:**
From approximately 20,000 years ago to approximately 4,000 years ago, there was a very large rise in sea level (approximately 125 meters or 410 feet) that occurred as the Earth emerged from the last glacial maximum (due to orbital changes). The fact that this occurred is largely irrelevant to the question of how much disruption multi-meter sea level rise (See figure below from Oppenheimer *et al.*, 2019)[17] over the next several centuries will inflict on our current society.

It is of course the case that various adaptation options are on the table (see figure below from Oppenheimer *et al.*, 2019)[17].

The appropriate question is whether it costs more (in the broadest sense of the word cost) to reduce $CO_2$ emissions or by continuing to emit indefinitely and choosing only adaptation. There are sufficient fossil fuels available to completely melt the Greenland and Antarctica ice sheets and raise global sea levels approximately 60 meters or 200 feet[18]. This would represent an astronomical cost much larger than the cost to transition to a near-zero emissions energy system[19]. Thus, relying 100% on adaptation fails the cost-benefit test in the long term.

> Claim: *"the alarmists say hurricanes and other storms are getting worse. No they aren't. You can take a look at all the hurricanes around the planet, we can see them since 1970 thanks to global satellite coverage and we can measure their power and we can add up their power. And there is no significant increase whatsoever. There is no relationship between hurricane activity and the surface temperature of the planet."*

**Kerry Emanuel, Professor of Atmospheric Science, MIT:**
The most up-to-date research published in the Proceedings of the National Academy of Sciences demonstrates an increase in the proportion of hurricanes that become major hurricanes (Category 3-5) globally, supporting theoretical predictions that date back to 1987 (see figure below)[3].

As explained in a previous review, the latest consensus papers published in 2019 by Knutson et al. show a strong consensus that tropical cyclones will become more intense (but not necessarily more frequent) as the climate warms[2]. There is also a unanimous consensus that tropical cyclones will produce more rain, and in places with sufficient rain measurements, there is strong evidence for heavier rain events[2].

*Figure 3—The proportion of major hurricane intensities to all hurricane intensities globally from 1979-2017. Data is binned into 3-year periods. The proportion of global major hurricanes increased by 25% over the 39-year time period analyzed. From Kossin et al. (2020)[4].*

**Patrick Brown, Assistant Professor, San Jose State University:**
While there are no substantial trends in the global frequency of total hurricanes, major hurricanes or accumulated cyclone energy over the past few decades[20], it would be premature to say that there is no relationship between global mean surface temperature and global hurricane activity (broadly defined). For instance, know that there is a stronger relationship between surface temperature and hurricane rain rates than there is between surface temperature and hurricane wind speeds.

The IPCC 2019 summarizes hurricane (or tropical cyclone, TC) projections going forward in the following paragraph:

> "Tropical cyclones (TCs) projections for the late 21st century are summarised as follows: 1) there is medium confidence that the proportion of TCs that reach Category 4-5 levels will increase, that the average intensity of TCs will increase (by roughly 1-10%, assuming a 2°C global temperature rise), and that average TCs precipitation rates (for a given storm) will increase by at least 7% per degree Celsius of sea surface temperature warming, owing to higher atmospheric water vapour content, 2) there is low confidence in how global TC frequency will change, although most modelling studies project some decrease in global TC frequency and 3) sea level rise will lead to higher storm surge levels for the TCs that do occur, assuming all other factors are unchanged (very high confidence)."[21]

> Claim: *"The Obama administration's model projects that the amount of global warming that would be saved if we were going to go to zero emissions tomorrow (which would put us back to the stone age) would be 0.14°C. So no real effect on the climate."*

**Patrick Brown, Assistant Professor, San Jose State University:**
This is a number corresponding to the United States acting in isolation. The United States currently represents about 14% of annual new $CO_2$ emissions. So of course, eliminating only that portion of emissions will not solve the problem.

However, if all the governments in the world were to act in coordination to bring emissions down to near zero, then global temperatures will stop increasing. The amount of global warming avoided from going to zero emissions globally (compared to burning all fossil fuels) is closer to 8 degrees Celsius which equates to approximately 22 degrees Fahrenheit over land. So global programs to limit emissions make an enormous difference.

This is exactly why this process is mediated through entities like the United Nations – because it is a collective action problem that requires international cooperation.

> Claim: *"The idea of carbon dioxide being pollution that just does harm and threatens the food supply is a myth. If you are really concerned about the plants, more carbon dioxide makes them not just grow faster but also makes them more water efficient. $CO_2$ is a greenhouse gas but it also helps feed the world."*

**Sara Vicca, Postdoctoral research fellow, University of Antwerp:**
The claim is misleading. Plants need $CO_2$ to grow and they often grow better when the $CO_2$ concentration increases. However, this fact is often abused to claim that increasing $CO_2$ concentrations is mainly positive, while it also has several adverse effects. Increasing $CO_2$ causes ocean acidification, which negatively affects marine life and threatens to disrupt the marine food web. And of course elevated $CO_2$ warms the planet, thereby generating a cascade of effects from melting of glaciers and sea level rise to altered precipitation patterns and increasing frequency and intensity of extreme weather events such as heatwaves and droughts. These in turn threaten water and food supplies, and as climate change progresses, this is also likely to undo much of the beneficial effect that $CO_2$ has on plant growth[5-8].

**Patrick Brown, Assistant Professor, San Jose State University:**
It is true that increases in atmospheric $CO_2$ make photosynthesis more efficient and have resulted in 'greening' trends observable from space. See, for example, the IPCC statement below[7].

> "Globally, greening trends have increased over the last 2-3 decades by 22-33%, particularly over China, India, many parts of Europe, central North America, southeast Brazil and southeast Australia (high confidence). This results from a combination of direct and indirect factors (i.e. $CO_2$, fertilisation, extended growing season, nitrogen deposition [...])"

However, this $CO_2$ fertilization effect is just one of a myriad of influences on crop productivity and quality. Global crop models take into account many potential changes (including the fertilization effect from $CO_2$) and tend to indicate that the net effect of increased $CO_2$ (including its climate affects) will cause yields to decrease[5]:

> "At the global scale, Iizumi et al. (2018) used a counterfactual analysis and found that climate change between 1981 and 2010 has decreased global mean yields of maize, wheat, and soybeans by 4.1, 1.8 and 4.5%, respectively, relative to preindustrial climate, even when $CO_2$ fertilisation and agronomix adjustments are considered."[22]

Also, increased atmospheric $CO_2$ tends to decrease the nutritional quality of crops[5,22].
