# EXHIBIT 3



**John Stossel**
1.2M followers

Follow

After 40+ years of reporting, I now understand the importance of limited government

## All Videos



**SITC Essay/Video Contest**
894 · 13 comments · 11.5K views

**Exposing Students to Free Markets**
4.1K · 160 comments · 40.3K views



**Why Progressives Ruin Cities**
16K · 1.4K comments · 354.1K views

**Race-Based Admissions?**
3.5K · 457 comments · 156K views



**Saving Kids From Government Schools**
6.7K · 470 comments · 73K views



**Trans Women vs Women in Sports**
1.3K · 357 comments · 516.9K views


Critical Race Theory in American Schools
1.5K · 395 comments · 127.4K views


Florida's Roadmap to Living with Covid
16K · 1.4K comments · 238.9K views


The Evil Rich?
2.7K · 297 comments · 137.3K views


Silk Road Founder Jailed-- Drug Sales UP
4.3K · 394 comments · 112.4K views


One Fix for Hollywood Bias
15K · 1K comments · 2.9M views


Critical Race Theory in American Schools
4.8K · 631 comments · 127.4K views


Mike Rowe on lockdowns, safety third, dignity of work and college loans.
4K · 268 comments · 340.7K views


Fact-BLOCKERS
2.5K · 224 comments · 308.4K views


China's Tech Totalitarianism
3.5K · 294 comments · 1.7M views


A Way FORWARD?
4.3K · 451 comments · 96.6K views




Toxic Victimhood
6.3K · 497 comments · 410.3K views

Public vs Private: Park Edition
2.7K · 86 comments · 371.7K views




Private School Success Around the World
9.9K · 513 comments · 160.7K views

Mike Rowe on lockdowns, safety third, dignity of work and college loans.
17K · 1.3K comments · 340.7K views




Government-Run Schools Crush Innovation
9.3K · 578 comments · 171.6K views

Liberty Winning?
2.5K · 160 comments · 310.7K views




Abolish the FDA?
2.1K · 332 comments · 369.1K views

Rand Paul on Vaccine Mandates, Inflation, Socialism, and his fights with Fauci
14K · 1.1K comments · 225.2K views




Trans Women vs Women in Sports
1.9K · 583 comments · 516.9K views

Socialism Myths: Part 1
3.3K · 390 comments · 2.8M views



The Right To BEAR Arms
3K · 242 comments · 795.7K views

Happy Bill of Rights Day!
3.7K · 184 comments · 287.7K views



Abolish the FDA?
16K · 2.1K comments · 369.1K views

Little Pink House
7.1K · 384 comments · 118.5K views




Fact-BLOCKERS
5.9K · 457 comments · 308.4K views

Paul vs Fauci
5.3K · 476 comments · 655.9K views




Public vs Private: Park Edition
15K · 647 comments · 371.7K views

Socialism Myths: Part 1
14K · 1.8K comments · 2.8M views




The Law Blocking Care for Special Needs Kids
1.5K · 135 comments · 105.6K views

Jordan Peterson: The FULL Interview
8.8K · 567 comments · 532.4K views