# EXHIBIT 4

| Create & Manage Accounts | Publish & Distribute Content | Advertise | Sell on Facebook & Instagram | Monetize Your Content or App | Create an Ad |

# Business Help Center

[  Hi Sarah, how can we help?  ]  **SEARCH**

## About Fact-Checking on Facebook

9,561 views

We're committed to fighting the spread of misinformation on Facebook and Instagram. In many countries and regions, we work with independent, third-party fact-checking organizations who are certified through the non-partisan International Fact-Checking Network (IFCN) to identify, review and take action on this content. Read more about our partnerships here and learn about the elements of our program below.

- Rating Options for Fact-Checkers
- Program Policies
- Facebook's Enforcement of Fact-Checker Ratings
- Issue a Correction or Dispute a Rating

The focus of this fact-checking program is identifying and addressing viral misinformation, particularly clear hoaxes that have no basis in fact. Fact-checking partners prioritize provably false claims, especially those that are timely or trending and important to the average person.

Fact-checking partners do not prioritize claims that are inconsequential or consist of minor inaccuracies. Additionally, the program is not meant to interfere with individual expression, opinions and debate, clearly satirical or humorous content, or business disputes.

### How the program works

Our program includes several key steps:

- **Identify false news**: We identify potential misinformation using signals, like feedback from people on Facebook, and surface the content to fact-checkers. Fact-checkers may also identify content to review on their own.
- **Review content**: Fact-checkers will review content, check its facts, and rate its accuracy. This happens independently from Facebook, and may include calling sources, consulting public data, authenticating videos and images, and more.
- **Clearly label misinformation and inform users about it**: We apply a label to content that's been reviewed by fact-checking partners, so people can read additional context. We also notify people before they try to share this content, and people who have shared it in the past.
- **Ensure fewer people see misinformation**: Once a fact-checker rates a piece of content as False, Altered or Partly False, it will appear lower in News Feed, be filtered out of Explore on Instagram, and be featured less prominently in Feed and Stories. This significantly reduces the number of people who see it. We also reject ads with content that has been rated by fact-checkers.
- **Take action against repeat offenders**: Pages, groups, accounts, and websites that repeatedly share misinformation will face some restrictions, including having their distribution reduced. This includes content rated False or Altered by fact-checking partners; content that is near-identical to what fact-checkers have debunked as False or Altered; and content we enforce against under our policies on COVID and vaccine misinformation. Repeat offenders may also have their ability to monetize and advertise removed, and their ability to register as a news Page removed for a given time period.

Was this information helpful?  Permalink · Share
○ Yes   ○ No

**More in this section:** NEWS

| OVERVIEW — | ENFORCEMENT + |
| > Fact-checking on Facebook | CORRECTIONS AND DISPUTES + |
| RATING OPTIONS AND PROGRAM POLICIES + | |

---

## Meta for Business

Facebook can help your large, medium or small business grow. Get the latest news for advertisers and more on our Meta for Business Page.

| Marketing on Facebook | Marketing objectives | Facebook Pages | Facebook ads | Resources |
|---|---|---|---|---|
| Success stories | Build your presence | Get started with Pages | Get started with ads | Ads Guide |
| Measurement | Create awareness | Setting up your Page | Buying Facebook ads | Business Help Center |
| Industries | Drive discovery | Manage your Facebook Page | Ad formats | Audience Network |
| Inspiration | Generate leads | Promote your Page | Ad placement | Facebook Blueprint |
| Events | Boost sales | Create and boost Facebook posts | Choose your audience | Facebook for Developers |
| News | Earn loyalty | | Measure your ads | Facebook IQ |
| Sitemap | | Messaging on your Page | Managing your ads | Facebook Business Partners |
| | | Page Insights | | Instagram Business |
| | | | | Visit our Facebook Page |
| | | | | Support |

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages

© 2022 Meta   About   Developers   Careers   Privacy   Cookies   Terms   Help Center