# EXHIBIT 8

**Government Fueled Fires**

| | |
|---|---|
| Stossel: | A large part of America is on fire. |
| Video clip of Pelosi: | Mother Earth is angry. |
| Stossel: | Why would Mother Earth be angry? |
| Video clip of Newsom: | Because of climate change. |
| Stossel: | Politicians are eager to blame the fires on climate change. |
| Newsom: | The debate is over around climate change. |
| Stossel: | California's governor smiles while he talks about it. |
| Shellenberger: | All of this catastrophizing around climate change is just a huge distraction. |
| Stossel: | Michael Shellenberger, an environmentalist, who Time Magazine calls "a hero of the environment" says its silly to blame the fires on climate change. |
| Shellenberger: | Climate change is real, it's not the end of the world, it's not our most serious environmental problem. |
| Stossel: | And it's not the main cause of the California fires. |
| Shellenberger: | Governor Newsom tweeted out that last year we had one tenth of the area burned as we're having this year and therefore it's climate change.  It's like, well what, did climate change happen between last year and this year?  None of this makes any sense. |
| Stossel: | But the media keep talking about a climate change apocalypse. |
| Video clip of CNN: | Climate apocalypse. |
| Shellenberger: | If all you have is a hammer, everything looks like a nail.  If all you know is climate scientists, then every weather event you blame on climate change. |
| Stossel: | If not climate change, what is to blame? |
| Video Clip of Smokey: | Only you can prevent forest fires. |
| Stossel: | Foolish policies.  For years, governments put out every fire they could.  But if you want to protect forests. . . . |

| | |
|---|---|
| ABC10: | Tens of millions of acres should have naturally burned every ten years or so in lots of fires with smaller flames. But we put most of those out. This is the overgrowth that's been accumulating in these forests for the past century because people have been putting out fires instead of letting them burn the way they naturally used to. |
| Stossel: | So now. . . . |
| Shellenberger: | When there is a fire it's much more likely to burn out of control. |
| Stossel: | Climate change has made things worse. California's warmed three degrees over fifty years, but . . . |
| ABC10: | You could have had this amount of warming and not had these fires. And the reason we know that is because the forests that were well managed have survived the mega-fires. |
| Stossel: | Like this forest controlled by Southern California Edison. So far selective cutting protected it. And now the Forest Service is trying to educate people. |
| Man: | Looks like a very well-managed forest, I would agree. |
| Woman: | Well, let's burn it. |
| Man: | All right. |
| Man: | Prescribed burning and frequent fire is must if we're going to maintain the biodiversity and the plant life. |
| Shellenberger: | When Europeans came, we have these reports of California just being very smoky and on fire during the summers. Native Americans were burning huge amounts of land. |
| Stossel: | So for the past years its been unnaturally un-smoky. |
| Shellenberger: | We haven't had enough fires for maybe a hundred years. |
| Stossel: | But it really sucks if you live there. The smoke is bad. |
| Shellenberger: | But it's what a lot of forest ecosystems require. |
| Stossel: | Recently, fire hit the ancient redwoods. |
| Shellenberger: | Everyone on the east coast goes oh my god these ancient redwoods are going to burn down. |
| Stossel: | They're trees, they're not going to burn down? |

2

| | |
|---|---|
| Shellenberger: | The smaller trees do, of course, burn down.  But when you're talking about redwood trees and other old growth, the bark is very thick, it's fire resistant.  In fact, there's a particular kind of ancient redwood where the inside of it has been entirely burned out, it's still alive, you can see green growth shooting out of it. |
| Stossel: | This surprised the politicians. |
| Video from Bloomberg: | Gavin Newsom visited the park and said what a miracle. |
| Video of Newsom: | They're still standing. |
| Shellenberger: | It was exactly what you would expect. |
| Stossel: | Not if you're a journalist. |
| Shellenberger: | A few days later all the journalists started to kind of go  "Oh, wow, what a surprise, the ancient redwoods didn't burn down."  Nobody is more alienated from the natural environment, and really nobody is more apocalyptic, than environmental journalists. |
| Video of Hugh Safford: | We have to get away from the sort of the tree hugging mentality.  We have to look at the whole, it's the classic, you know, not the seeing the forest for the trees. |
| Stossel: | This year's fires finally persuaded California's politicians to allow more people to cut trees down. |
| Shellenberger: | There's actually widespread agreement on this.  In fact, the Governor of California and President Trump recently signed agreements to clear much more area.  Even the Sierra Club which has opposed this kind of thinning of forests has now changed its tune. |
| Stossel: | It's about time.  Bad policies were the biggest cause of this year's fires, not the slightly warmer climate.  And while climate change is a problem, Shellenberger's new book explains it's not an apocalypse. |
| Shellenberger: | Natural disasters aren't getting worse, in fact they're getting better.  The number of deaths from natural disasters has declined over 90% over the last hundred years.  A small change in temperature is not the difference between normalcy and catastrophe. |

4895-5180-9547v.1 0050033-007042