# EXHIBIT 9

## Are We Doomed?

| | |
|---|---|
| Video of Elizabeth Warren: | This environmental catastrophe bearing down on us. |
| Stossel: | I keep hearing that we're killing the earth. |
| Video of Greta Thunberg: | How dare you.  You have stolen my dreams, my childhood. |
| Stossel: | But wait, I've been a consumer reporter for years.  I've covered so many scares—plague, famine, and perpetual war will kill us, we're going to run out of oil, nuclear power will give us cancer, killer bees swarm ever closer, bird flu, flesh eating bacteria—the list of terrible things that were going to get us is long.  And yet we're living, longer than ever.  None of those scares turned out to be as frightening as the warnings.  But I'm told global warming is different. |
| Video of Greta Thunberg: | Entire ecosystems are collapsing.  We are in the beginning of a mass extinction. |
| Stossel: | The alarmists have evidence that supports their fears.  Temperature is rising.  The U.N. predicts that it will rise another two to five degrees. |
| Video of woman activist: | What do we do when the land we live on is under attack? |
| Stossel: | But does that justify the fear? |
| Video of woman activist: | Climate change is not a lie so please don't let our planet die. |
| Stossel: | Does it justify this claim? |
| Video of President Biden: | We have twelve years to act. |
| Video of Jonathan Bartley: | We have twelve years. |
| Video of Eric Swalwell: | We have twelve years before the effects are irreversible. |
| Stossel: | Really?  Twelve years? |
| Video of Pat Michaels: | It's warmed up around one degree Celsius since 1900 and life expectancy doubled the industrialized democracies.  And yet that temperature ticks up another half a degree and the entire system crashes.  That's the most absurd belief. |
| Stossel: | I recently moderated this debate on climate change at the Heartland Institute.  Well, not a debate, because the alarmists who were invited didn't show.  Heartland invited many. |

| | |
|---|---|
| Video of Willie Soon: | Please come over here and sit next to that place and let's have a discussion.  There are a lot more people who want to hear what you have to say. |
| Stossel: | Climate alarmists never agree to debate.  We'd love to offer you the air time, we will give it to you.  I'll give you a special phone number that goes to this phone.  I invited Al Gore on my show often but he would never come. |
| Video of Al Gore: | In order to solve the climate crisis. |
| Stossel: | He makes a lot of speeches but won't respond to people who disagree.  It's too bad that the alarmists won't debate because so much of what they say deserves debate. |
| Video of Rep. Ocasio-Cortez: | The world is going to end in twelve years if we don't address climate change. |
| Video of Pat Michaels: | Twelve years. |
| Video of David Legates: | Well and in twelve it will be in twelve more years. |
| Stossel: | David Legates is a professor of climatology at the University of Delaware.  Pat Michaels is former president of the American Association of State Climatologists.  Willie Soon is an astrophysicist. |
| Video of Willie Soon: | It's all about arm waving, it's about emotion, about sending out kids in protest, we have nothing to do with the science. |
| Stossel: | This group pointed out that even if the planet warms by five degrees, humans can adjust.  People in Holland did years ago. |
| Video of Pat Michaels: | They said, we're going to adapt to the fact that we're a low lying country and we're going to build these dikes and we're going to build these pumps.  Are you telling me that the people in Miami are so dumb that they're just going to sit there and drown? |
| Stossel: | You acknowledge though that the water is rising. |
| Video of David Legates: | Yes, water has been rising for approximately 20,000 years and probably will continue – |
| Stossel: | But we can adapt, like Holland has.  Except, the alarmists say hurricanes and other storms are getting worse. |
| Video of Man: | It's getting stronger and stronger.  The winds are getting harder and harder. |

2

| | |
|---|---|
| Video of Pat Michaels: | No they aren't.  You can take a look at all the hurricanes around the planet—we can see them since 1970 because we got global satellite coverage—and we can measure their power and we can add up their power, and there is no significant increase whatsoever.  There is no relationship between hurricane activity and the surface temperature of the planet. |
| Stossel: | The claim that hurricanes are getting worse and the twelve year deadline were two of the four myths I heard the Heartland panel convincingly debunk.  Myth number three was that government action today will save us. |
| Video of Pres. Obama: | We have to act now. |
| Video of Pat Michaels: | The Obama administration's model projects that the amount of global warming that would be saved for going to zero emissions tomorrow—you don't know how to do that, put you back in the stone age, but let's just say we did it—would be fourteen hundredths of a degree Celsius. |
| Stossel: | So no real effect on the climate, but – |
| Video of Pat Michaels: | You'll sure have an impoverished dark country, won't you? |
| Stossel: | Myth number four, the idea that carbon dioxide is carbon pollution that just does harm and threatens the food supply. |
| Video of Pat Michaels: | There are places on earth where it is just greening up like crazy. |
| Video of David Legates: | So if you're really concerned about the plants, more carbon dioxide makes them not just grow faster but also makes them more water efficient. |
| Stossel: | Carbon dioxide is a greenhouse gas, but it also helps feed the world. |
| Video of David Legates: | A lot of people pretend to know about climate, pretend to have studied it, pretend to come up with these answers, and will make these proclamations to scare you so that you'll do what we want you to do. |
| Stossel: | But if what the alarmists say is not true, why would the International Panel on Climate Change, the United Nations, go along with the exaggerations? |
| Video of David Legates: | Governments like control.  Most governments want to keep control and most governments get bigger and bigger over time. |

3

| | |
|---|---|
| Stossel: | IPCC does stand for Intergovernmental Panel on Climate Change. |
| Video of David Legates: | Carbon dioxide becomes that molecule by which we can take control of your lives, of your efforts, and everything that goes on. |
| Stossel: | Are they right?  It's confusing when there are so many serious people who are so worried.  I wish there were a real debate.  Why won't the other side debate? |

4