THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:(415) 276-6500
Facsimile:(415) 276-6599

SELINA MACLAREN (State Bar No. 300001)
  selinamaclaren@dwt.com
ABIGAIL ZEITLIN (State Bar No. 311711)
  abigailzeitlin@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SCIENCE FEEDBACK
(erroneously sued as "Science Feedback
and Climate Feedback")

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>             Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>             Defendants. | Case No. 5:21-cv-07385<br><br>**[PROPOSED] ORDER ON DEFENDANT SCIENCE FEEDBACK'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE, CODE CIV. PROC. § 425.16** |

**[PROPOSED] ORDER**

Before the Court is Defendant Science Feedback's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Special Motion to Strike the Complaint pursuant to California Code of Civil Procedure Section 425.16 ("Anti-SLAPP Motion"). Having considered the motion, the memorandum of points and authorities and declaration in support thereof, the opposing and reply papers, and the arguments of counsel at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Science Feedback's Anti-SLAPP Motion is GRANTED. Amendment would be futile, and the Complaint is DISMISSED WITH PREJUDICE in its entirety.
2. Science Feedback is entitled to recover costs and attorney's fees under Cal. Civ. Code § 425.16(c) and shall subsequently file a separate motion for recovery of said fees and costs.

**IT IS SO ORDERED.**

DATED: _____                         _____
                                                                                                     By: Hon. Virginia K. DeMarchi