

Krista L. Baughman
Kbaughman@DhillonLaw.com

March 16, 2022

**Via Email**

Ms. Adriana Kratzmann
Courtroom Deputy
Chambers of the Honorable Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 — 5th Floor
280 South 1st Street
San Jose, California 95113
vkdcrd@cand.uscourts.gov

  Re: *Stossel v. Meta Platforms, Inc., et al.*, Case No. 5:21-cv-07385-VKD
     **Request for In-Person Hearing**

Dear Ms. Kratzmann:

  We are counsel for Plaintiff John Stossel in the above-referenced case before Judge DeMarchi. In accordance with Judge DeMarchi's Standing Order for Civil Cases, effective February 7, 2022, Plaintiff respectfully requests that the Court conduct an in-person hearing on the motions scheduled for hearing on April 12, 2022, as follows: Defendant Meta Platforms, Inc.'s ("Meta") (1) Motion to Dismiss Complaint, (2) Special Motion to Strike Complaint Under California's Anti-SLAPP Statute (ECF No. 27), and Defendant Science Feedback's (1) Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and (2) Motion to Strike Complaint Pursuant to California's Anti-SLAPP Statute, Code Civ. Proc. § 425.16 (ECF No. 50).

  We discussed this matter with counsel for Science Feedback and Meta prior to making this request. Thomas Burke, counsel for Science Feedback, informed us that Science Feedback will defer to however the Court wishes to handle the matter. Molly Jennings, counsel for Meta, indicated that we may state Meta's position as follows: "Although Meta does not believe this case has the level of public or press attention that Plaintiff suggests (or that a Zoom hearing would impede public access to these proceedings if there is interest), Meta does not object to Plaintiff's request if the Court would find in-person argument helpful. Should the Court wish to conduct the hearing in person, Meta will attend in person."

  //

  //

Ms. Adriana Kratzmann
March 16, 2022
Page 2 of 2

    We appreciate the Court's consideration of this request.

                                    Very truly yours,

                                    Krista L. Baughman

CC:    Thomas R. Burke, Esq. (via email at thomasburke@dwt.com)
          Selina MacLaren, Esq. (via email at selinamaclaren@dwt.com)
          Abigail Zeitlin, Esq. (via email at abigailzeitlin@dwt.com)
          Sonal N. Mehta, Esq. (via email at Sonal.Mehta@wilmerhale.com)
          Ari Holtzblatt, Esq. (via email at Ari.Holtzblatt@wilmerhale.com)
          Molly M. Jennings, Esq. (via email at Molly.Jennings@wilmerhale.com)
          Harmeet K. Dhillon, Esq. (via email at harmeet@dhillonlaw.com)
          Jesse Franklin-Murdock, Esq. (via email at jfranklin-murdock@dhillonlaw.com)