| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>*Attorneys for Defendant*<br>META PLATFORMS, INC. | KRISTA L. BAUGHMAN (SBN 264600)<br>kbaughman@dhillonlaw.com<br>HARMEET K. DHILLON (SBN 207873)<br>harmeet@dhillonlaw.com<br>JESSE FRANKLIN-MURDOCK (SBN 339034)<br>jfranklin-murdock@dhillonlaw.com<br>DHILLON LAW GROUP INC.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Telephone: (415) 520-6593<br><br>*Attorneys for Plaintiff* JOHN STOSSEL<br><br>THOMAS R. BURKE (SBN 141930)<br>thomasburke@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: (415) 276-6500<br><br>SELINA MACLAREN (SBN 300001)<br>selinamaclaren@dwt.com<br>ABIGAIL ZEITLIN (SBN 311711)<br>abigailzeitlin@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800<br><br>*Attorneys for Defendant* SCIENCE FEEDBACK |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>         Defendants. | Case Number: 5:21-cv-07385-VKD<br><br>**LR 6-2(A) STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff John Stossel, Defendant Meta Platforms, Inc. ("Meta"), and Defendant Science Feedback[1] (collectively, the "Parties") respectfully submit this Stipulation to Continue Initial Case Management Conference. This stipulated request is supported by the accompanying declaration of Molly M. Jennings.

WHEREAS, Plaintiff John Stossel filed the Complaint on September 22, 2021 (Dkt. No. 1);

WHEREAS, Meta moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on November 29, 2021 (Dkt. No. 27, "Meta's Motion");

WHEREAS, Science Feedback moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on January 31, 2022 (Dkt. No. 50, "Science Feedback's Motion");

WHEREAS, the Court held a hearing on both Meta's Motion and Science Feedback's Motion on April 12, 2022 (Dkt. No. 58);

WHEREAS, the initial Case Management Conference is currently scheduled for June 14, 2022 (Dkt. No. 53) and the Parties are required to meet and confer by May 24, 2022 (Dkt. No. 5);

WHEREAS, all discovery in this case is stayed as to all the Parties until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion (Dkt. 48);

WHEREAS, lead counsel for Science Feedback has two separate libel cases scheduled for argument in the Ninth Circuit at 1:00 p.m. on June 14, 2022;

WHEREAS, the Parties agree that good cause exists to continue the initial Case Management Conference until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion;

WHEREAS continuing the initial Case Management Conference until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion will not affect any other date already set by Court order;

---

[1] Erroneously sued as "Science Feedback and Climate Feedback."

1   **IT IS HEREBY STIPULATED AND AGREED** by the Parties that the initial Case
2   Management Conference currently scheduled for June 14, 2022 shall be continued until a date
3   convenient for the Court after it has issued an order deciding both Meta's Motion and Science
4   Feedback's Motion.

|     |                        |                                                  |
|-----|------------------------|--------------------------------------------------|
|     |                        | DHILLON LAW GROUP INC.                           |
|     | Dated: May 18, 2022    | By:   /s/ *Krista L. Baughman*                   |
|     |                        |       KRISTA L. BAUGHMAN                         |
|     |                        | *Attorneys for Plaintiff* John Stossel           |
|     | Dated: May 19, 2022    | WILMER CUTLER PICKERING HALE AND DORR LLP        |
|     |                        | By:   /s/ *Molly M. Jennings*                    |
|     |                        |       MOLLY M. JENNINGS                          |
|     |                        | *Attorneys for Defendant* Meta Platforms, Inc.   |
|     | Dated: May 18, 2022    | DAVIS WRIGHT TREMAINE LLP                        |
|     |                        | By:   /s/ *Thomas R. Burke*                      |
|     |                        |       THOMAS R. BURKE                            |
|     |                        | *Attorneys for Defendant* Science Feedback       |

**ATTORNEY ATTESTATION**

I, Molly M. Jennings, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

| | |
|---|---|
| Dated: May 19, 2022 | By:   */s/ Molly M. Jennings*<br>      Molly M. Jennings |