SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant*
META PLATFORMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, <br><br> Defendants. | Case Number: 5:21-cv-07385-VKD <br><br> **DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF LR 6-2(A) STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Molly M. Jennings, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. ("Meta") in the above-captioned action.

2. On May 16, 2022, I emailed counsel for Plaintiff John Stossel and Defendant Science Feedback to determine whether Plaintiff and Science Feedback would stipulate to continuing the initial Case Management Conference currently scheduled for June 14, 2022 until the Court has ruled on Meta's pending motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti SLAPP statute. Counsel for both Plaintiff and Science Feedback agreed.

3. The previous time modifications in this case are set forth below (by stipulation or by Court order):

   a. Meta and Mr. Stossel agreed, by stipulation, to enlarge Meta's time to respond to the Complaint from October 21, 2021 to November 30, 2021 (Dkt. No. 18);

   b. Meta and Mr. Stossel stipulated to, and the Court subsequently entered, an order, to enlarge Mr. Stossel's time to oppose Meta's Rule 12 motion from December 14, 2021 to January 11, 2022 and to enlarge Meta's time to respond to Mr. Stossel's opposition from December 21, 2021 to February 8, 2022 (Dkt. 20);

   c. Meta and Mr. Stossel stipulated to, and the Court subsequently entered, an order continuing the initial Case Management Conference from December 28, 2021 to January 4, 2022 (Dkt. No. 26);

   d. The initial Case Management Conference was subsequently set for March 9, 2022 following case reassignment to Judge Lucy H. Koh (Dkt. No. 37);

   e. The hearing date for Meta's motion to dismiss and motion to strike was set for March 24, 2022 following case reassignment to Judge Koh (Dkt. No. 38);

   f. Science Feedback and Mr. Stossel stipulated to, and the Court subsequently entered, an order setting an enlarged briefing schedule for Science Feedback's anticipated motion to dismiss (Dkt. No. 48);

   g. The initial Case management Conference was subsequently set for June 14, 2022 following case reassignment to this Court (Dkt. No. 53).

4. A continuation of the initial Case Management Conference until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion will not affect any other date already set by Court order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of May 2022 in Washington, D.C.

          By: */s/ Molly M. Jennings*
             Molly M. Jennings