**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The initial Case Management Conference currently scheduled for June 14, 2022 shall be continued after the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion.

Dated: _____

_____
By: Hon. Virginia K. DeMarchi