1   SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com

2   WILMER CUTLER PICKERING
HALE AND DORR LLP

3   2600 El Camino Real, Suite 400
Palo Alto, California 94306

4   Telephone: (650) 858-6000

5   ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com

6   MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com

7   WILMER CUTLER PICKERING
HALE AND DORR LLP

8   1875 Pennsylvania Ave, NW
Washington, DC 20006

9   Telephone: (202) 663-6000

10  Attorneys for Defendant
META PLATFORMS, INC.

KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
JESSE FRANKLIN-MURDOCK (SBN 339034)
jfranklin-murdock@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 520-6593

Attorneys for Plaintiff JOHN STOSSEL

THOMAS R. BURKE (SBN 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500

SELINA MACLAREN (SBN 300001)
selinamaclaren@dwt.com
ABIGAIL ZEITLIN (SBN 311711)
abigailzeitlin@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

Attorneys for Defendant SCIENCE FEEDBACK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **LR 6-2(A) STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
| Defendants. | |

1   Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff John Stossel ("Plaintiff"),

2   Defendant Meta Platforms, Inc. ("Meta"), and Defendant Science Feedback[1] (collectively, the

3   "Parties) respectfully submit this Stipulation to Continue Initial Case Management Conference.

4   WHEREAS, Plaintiff filed the Complaint on September 22, 2021 (ECF no. 1);

5   WHEREAS, Meta moved to dismiss the Complaint pursuant to Federal Rules of Civil

6   Procedure Rule 12(b)(6) and to strike Plaintiff's asserted claims against Meta pursuant to

7   California's anti-SLAPP statute ("Meta Motion') on November 29, 2021 (ECF no. 27);

8   WHEREAS, Science Feedback moved to dismiss the Complaint pursuant to Federal Rules

9   of Civil Procedure Rule12(b)(6) and to strike the claims asserted against Science Feedback

10  pursuant to California's anti-SLAPP statute ("Science Feedback Motion") on January 31, 2022

11  (ECF no. 50);

12  WHEREAS, the Court held hearings on both Meta's Motion and Science Feedback's

13  Motion on April 12, 2022 (ECF no. 58);

14  WHEREAS, all discovery in this case is stayed as to all the Parties until the Court has

15  issued an order deciding both Meta's Motion and Science Feedback's Motion (ECF no. 48);

16  WHEREAS, the Court originally set the initial Case Management Conference ("CMC")

17  for June 14, 2022 (ECF no. 53);

18  WHEREAS, pursuant to a stipulated request for a continuance of the initial CMC, the Court

19  continued the initial CMC until July 19, 2022 at 1:30 p.m. (ECF no. 60);

20  WHEREAS, lead trial counsel for Plaintiff and Science Feedback are each unavailable on

21  July 19, 2022, as a result of previously scheduled engagements;

22  WHEREAS, due to the preexisting scheduling conflicts of counsel, the Parties agree that

23  good cause exists to continue the initial CMC currently set for July 19, 2022, until the Court's next

24  available date, which the Parties understand is August 2, 2022; and

25  WHEREAS continuing the initial CMC until August 2, 2022 will not affect any other date

26  already set by Court order;

27  //

28

---

[1] Originally sued as "Science Feedback and Climate Feedback."

1

1       Based on the foregoing, the Parties agree and hereby stipulate that the initial CMC

2  currently scheduled on July 19, 2022 shall be continued until August 2, 2022 at 1:30 p.m.

3

4                                         DHILLON LAW GROUP INC.

5  Dated:  May 25, 2022                By:     /s/ Krista L. Baughman

6                                          KRISTA L. BAUGHMAN

7                              *Attorneys for Plaintiff* John Stossel

8

9

10  Dated:  May 25, 2022               WILMER CUTLER PICKERING

11                              HALE AND DORR LLP

12                      By:     /s/ Molly M. Jennings

13                                   MOLLY M. JENNINGS

14                            *Attorneys for Defendant* Meta Platforms, Inc.

15

16  Dated:  May 25, 2022               DAVIS WRIGHT TREMAINE LLP

17                      By:     /s/ Thomas R. Burke

18                                   THOMAS R. BURKE

19                            *Attorneys for Defendant* Science Feedback

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: May 25, 2022                         By:    /s/Krista L. Baughman
                                                          Krista L. Baughman

## **ATTORNEY ATTESTATION**

I, Krista L. Baughman, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: May 25, 2022                         By:    /s/Krista L. Baughman
                                                          Krista L. Baughman