1  SONAL N. MEHTA (SBN 222086)            KRISTA L. BAUGHMAN (SBN 264600)
   Sonal.Mehta@wilmerhale.com             kbaughman@dhillonlaw.com
2  WILMER CUTLER PICKERING                HARMEET K. DHILLON (SBN 207873)
      HALE AND DORR LLP                   harmeet@dhillonlaw.com
3  2600 El Camino Real, Suite 400         JESSE FRANKLIN-MURDOCK (SBN 339034)
   Palo Alto, California 94306            jfranklin-murdock@dhillonlaw.com
4  Telephone: (650) 858-6000              DHILLON LAW GROUP INC.
                                          177 Post Street, Suite 700
5  ARI HOLTZBLATT (*pro hac vice*)        San Francisco, California 94108
   Ari.Holtzblatt@wilmerhale.com          Telephone: (415) 520-6593
6  MOLLY M. JENNINGS (*pro hac vice*)
7  Molly.Jennings@wilmerhale.com          *Attorneys for Plaintiff* JOHN STOSSEL
   WILMER CUTLER PICKERING
8   HALE AND DORR LLP                     THOMAS R. BURKE (SBN 141930)
9  1875 Pennsylvania Ave, NW              thomasburke@dwt.com
   Washington, DC 20006                   DAVIS WRIGHT TREMAINE LLP
10 Telephone: (202) 663-6000              505 Montgomery Street, Suite 800
                                          San Francisco, California 94111-6533
11 *Attorneys for Defendant*              Telephone: (415) 276-6500
   META PLATFORMS, INC.
12                                        SELINA MACLAREN (SBN 300001)
13                                        selinamaclaren@dwt.com
                                          ABIGAIL ZEITLIN (SBN 311711)
14                                        abigailzeitlin@dwt.com
                                          DAVIS WRIGHT TREMAINE LLP
15                                        865 South Figueroa Street, 24th Floor
                                          Los Angeles, California 90017-2566
16                                        Telephone: (213) 633-6800
17
                                          *Attorneys for Defendant* SCIENCE FEEDBACK
18
                  IN THE UNITED STATES DISTRICT COURT
19
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
20
                          SAN JOSE DIVISION
21

22 JOHN STOSSEL, an individual,              Case Number: 5:21-cv-07385-VKD

23                      Plaintiff,           **[PROPOSED] ORDER GRANTING
                                             STIPULATION TO CONTINUE
24         v.                                INITIAL CASE MANAGEMENT
                                             CONFERENCE (LR 6-2(A))**
25 META PLATFORMS, INC., a Delaware
   corporation; SCIENCE FEEDBACK, a French
26 non-profit organization; and CLIMATE
   FEEDBACK, a French non-profit organization,
27
                      Defendants.
28

[Proposed] Order Granting Stipulation to Continue CMC                CASE NO.  5:21-CV-07385-VKD

1      **[PROPOSED] ORDER**

2

3           Pursuant to the Stipulation between the parties, the Court hereby orders that

4    the initial Case Management Conference currently scheduled for July 19, 2022 shall be

5    continued to August 2, 2022 at 1:30 p.m.

6           IT IS SO ORDERED.

7

8     Dated: _____          _____

9                                                        Hon. Virginia K. DeMarchi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order Granting Stipulation to Continue CMC

Case No.  5:21-CV-07385-VKD