| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | KRISTA L. BAUGHMAN (SBN 264600) |
| Sonal.Mehta@wilmerhale.com | kbaughman@dhillonlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | HARMEET K. DHILLON (SBN 207873) |
| 2600 El Camino Real, Suite 400 | harmeet@dhillonlaw.com |
| Palo Alto, California 94306 | JESSE FRANKLIN-MURDOCK (SBN 339034) |
| Telephone: (650) 858-6000 | jfranklin-murdock@dhillonlaw.com |
| | DHILLON LAW GROUP INC. |
| ARI HOLTZBLATT (*pro hac vice*) | 177 Post Street, Suite 700 |
| Ari.Holtzblatt@wilmerhale.com | San Francisco, California 94108 |
| MOLLY M. JENNINGS (*pro hac vice*) | Telephone: (415) 520-6593 |
| Molly.Jennings@wilmerhale.com | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | *Attorneys for Plaintiff* JOHN STOSSEL |
| 1875 Pennsylvania Ave, NW | THOMAS R. BURKE (SBN 141930) |
| Washington, DC 20006 | thomasburke@dwt.com |
| Telephone: (202) 663-6000 | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery Street, Suite 800 |
| *Attorneys for Defendant* | San Francisco, California 94111-6533 |
| META PLATFORMS, INC. | Telephone: (415) 276-6500 |
| | |
| | SELINA MACLAREN (SBN 300001) |
| | selinamaclaren@dwt.com |
| | ABIGAIL ZEITLIN (SBN 311711) |
| | abigailzeitlin@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| | Los Angeles, California 90017-2566 |
| | Telephone: (213) 633-6800 |
| | |
| | *Attorneys for Defendant* SCIENCE FEEDBACK |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (LR 6-2(A))** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
| Defendants. | |

**[PROPOSED] ORDER**

Pursuant to the Stipulation between the parties, the Court hereby orders that the initial Case Management Conference currently scheduled for July 19, 2022 shall be continued to August 2, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 26, 2022

Hon. Virginia K. DeMarchi