| | |
|---|---|
| 1   SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2   WILMER CUTLER PICKERING<br>     HALE AND DORR LLP<br>3   2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>4   Telephone: (650) 858-6000 | KRISTA L. BAUGHMAN (SBN 264600)<br>kbaughman@dhillonlaw.com<br>HARMEET K. DHILLON (SBN 207873)<br>harmeet@dhillonlaw.com<br>JESSE FRANKLIN-MURDOCK (SBN 339034)<br>jfranklin-murdock@dhillonlaw.com<br>DHILLON LAW GROUP INC.<br>177 Post Street, Suite 700<br>San Francisco, California 94108<br>Telephone: (415) 520-6593 |

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant*
META PLATFORMS, INC.

KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
JESSE FRANKLIN-MURDOCK (SBN 339034)
jfranklin-murdock@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 520-6593

*Attorneys for Plaintiff* JOHN STOSSEL

THOMAS R. BURKE (SBN 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500

SELINA MACLAREN (SBN 300001)
selinamaclaren@dwt.com
ABIGAIL ZEITLIN (SBN 311711)
abigailzeitlin@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

*Attorneys for Defendant* SCIENCE FEEDBACK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>                      Defendants. | Case Number: 5:21-cv-07385-VKD<br><br>**LR 6-2(A) STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff John Stossel, Defendant Meta Platforms, Inc. ("Meta"), and Defendant Science Feedback[1] (collectively, the "Parties") respectfully submit this Stipulation to Continue Initial Case Management Conference. This stipulated request is supported by the accompanying declaration of Molly M. Jennings.

WHEREAS, Plaintiff John Stossel filed the Complaint on September 22, 2021 (Dkt. No. 1);

WHEREAS, Meta moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on November 29, 2021 (Dkt. No. 27, "Meta's Motion");

WHEREAS, Science Feedback moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on January 31, 2022 (Dkt. No. 50, "Science Feedback's Motion");

WHEREAS, the Court held a hearing on both Meta's Motion and Science Feedback's Motion on April 12, 2022 (Dkt. No. 58);

WHEREAS, the Court originally set the initial Case Management Conference ("CMC") for June 14, 2022 (Dkt. No. 53);

WHEREAS, all discovery in this case is stayed as to all the Parties until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion (Dkt. No. 48);

WHEREAS, pursuant to parties' stipulated request, the Court continued the initial CMC until July 19, 2022 (Dkt. No. 60) and then rescheduled it for August 2, 2022 to accommodate counsel's schedule (Dkt. No. 62);

WHEREAS, the parties continue to agree that good cause exists to continue the initial CMC until October 11, 2022 or another date after the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion;

---

[1] Erroneously sued as "Science Feedback and Climate Feedback."

1  WHEREAS continuing the initial Case Management Conference until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion will not affect any other date already set by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that the initial Case Management Conference currently scheduled for August 2, 2022 shall be continued until October 11, 2022, or such other date that may be convenient for the Court after it has issued an order deciding both Meta's Motion and Science Feedback's Motion.

Dated: July 5, 2022

DHILLON LAW GROUP INC.

By: /s/ *Krista L. Baughman*
KRISTA L. BAUGHMAN

*Attorneys for Plaintiff* John Stossel

Dated: July 5, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Molly M. Jennings*
MOLLY M. JENNINGS

*Attorneys for Defendant* Meta Platforms, Inc.

Dated: July 5, 2022

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Thomas R. Burke*
THOMAS R. BURKE

*Attorneys for Defendant* Science Feedback

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

    The initial Case Management Conference currently scheduled for August 2, 2022 shall be continued until October 11, 2022 or another date after the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion.

Dated: _____

By: Hon. Virginia K. DeMarchi

**ATTORNEY ATTESTATION**

I, Molly M. Jennings, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 5, 2022                              By:     */s/ Molly M. Jennings*
                                                                 Molly M. Jennings