| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | KRISTA L. BAUGHMAN (SBN 264600) |
| Sonal.Mehta@wilmerhale.com | kbaughman@dhillonlaw.com |
| WILMER CUTLER PICKERING | HARMEET K. DHILLON (SBN 207873) |
|   HALE AND DORR LLP | harmeet@dhillonlaw.com |
| 2600 El Camino Real, Suite 400 | JESSE FRANKLIN-MURDOCK (SBN 339034) |
| Palo Alto, California 94306 | jfranklin-murdock@dhillonlaw.com |
| Telephone: (650) 858-6000 | DHILLON LAW GROUP INC. |
| | 177 Post Street, Suite 700 |
| ARI HOLTZBLATT (*pro hac vice*) | San Francisco, California 94108 |
| Ari.Holtzblatt@wilmerhale.com | Telephone: (415) 520-6593 |
| MOLLY M. JENNINGS (*pro hac vice*) | |
| Molly.Jennings@wilmerhale.com | *Attorneys for Plaintiff* JOHN STOSSEL |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | THOMAS R. BURKE (SBN 141930) |
| 1875 Pennsylvania Ave, NW | thomasburke@dwt.com |
| Washington, DC 20006 | DAVIS WRIGHT TREMAINE LLP |
| Telephone: (202) 663-6000 | 505 Montgomery Street, Suite 800 |
| | San Francisco, California 94111-6533 |
| *Attorneys for Defendant* | Telephone: (415) 276-6500 |
| META PLATFORMS, INC. | |
| | SELINA MACLAREN (SBN 300001) |
| | selinamaclaren@dwt.com |
| | ABIGAIL ZEITLIN (SBN 311711) |
| | abigailzeitlin@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| | Los Angeles, California 90017-2566 |
| | Telephone: (213) 633-6800 |
| | |
| | *Attorneys for Defendant* SCIENCE FEEDBACK |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN STOSSEL, an individual, <br><br>                  Plaintiff, <br><br>    v. <br><br>META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, <br><br>                  Defendants. | Case Number: 5:21-cv-07385-VKD <br><br>**LR 6-2(A) STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff John Stossel, Defendant Meta Platforms, Inc. ("Meta"), and Defendant Science Feedback[1] (collectively, the "Parties") respectfully submit this Stipulation to Continue Initial Case Management Conference.  This stipulated request is supported by the accompanying declaration of Molly M. Jennings.

WHEREAS, Plaintiff John Stossel filed the Complaint on September 22, 2021 (Dkt. No. 1);

WHEREAS, Meta moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on November 29, 2021 (Dkt. No. 27, "Meta's Motion");

WHEREAS, Science Feedback moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on January 31, 2022 (Dkt. No. 50, "Science Feedback's Motion");

WHEREAS, the Court held a hearing on both Meta's Motion and Science Feedback's Motion on April 12, 2022 (Dkt. No. 58);

WHEREAS, the Court originally set the initial Case Management Conference ("CMC") for June 14, 2022 (Dkt. No. 53);

WHEREAS, all discovery in this case is stayed as to all the Parties until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion (Dkt. No. 48);

WHEREAS, pursuant to parties' stipulated request, the Court continued the initial CMC until July 19, 2022 (Dkt. No. 60) and then rescheduled it for August 2, 2022 to accommodate counsel's schedule (Dkt. No. 62);

WHEREAS, the parties continue to agree that good cause exists to continue the initial CMC until October 11, 2022 or another date after the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion;

---

[1] Erroneously sued as "Science Feedback and Climate Feedback."

1  WHEREAS continuing the initial Case Management Conference until the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion will not affect any other date already set by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that the initial Case Management Conference currently scheduled for August 2, 2022 shall be continued until October 11, 2022, or such other date that may be convenient for the Court after it has issued an order deciding both Meta's Motion and Science Feedback's Motion.

|  |  |
|---|---|
| Dated: July 5, 2022 | DHILLON LAW GROUP INC.<br><br>By:  /s/ Krista L. Baughman<br>       KRISTA L. BAUGHMAN<br><br>*Attorneys for Plaintiff* John Stossel |
| Dated: July 5, 2022 | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By:  /s/ Molly M. Jennings<br>       MOLLY M. JENNINGS<br><br>*Attorneys for Defendant* Meta Platforms, Inc. |
| Dated: July 5, 2022 | DAVIS WRIGHT TREMAINE LLP<br><br>By:  /s/ Thomas R. Burke<br>       THOMAS R. BURKE<br><br>*Attorneys for Defendant* Science Feedback |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The initial Case Management Conference currently scheduled for August 2, 2022 shall be continued until October 11, 2022 or another date after the Court has issued an order deciding both Meta's Motion and Science Feedback's Motion.

Dated: July 6, 2022

By: Hon. Virginia K. DeMarchi

|   |   |   |   |
|---|---|---|---|
| 1 | | **ATTORNEY ATTESTATION** | |
| 2 | I, Molly M. Jennings, am the ECF User whose ID and password are being used to file this | | |
| 3 | Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I | | |
| 4 | hereby attest that concurrence in the filing of this document and all attachments has been | | |
| 5 | obtained from each signatory. | | |

Dated: July 5, 2022                              By:     */s/ Molly M. Jennings*
                                                                     Molly M. Jennings