UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCIENCE FEEDBACK, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-07385-VKD<br><br>**JUDGMENT** |

On October 11, 2022, the Court granted defendants' motions to dismiss and motions to strike. Dkt. No. 67.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of all defendants and against plaintiff John Stossel.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 11, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge