| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | KRISTA L. BAUGHMAN (SBN 264600) |
| Sonal.Mehta@wilmerhale.com | kbaughman@dhillonlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | HARMEET K. DHILLON (SBN 207873) |
| 2600 El Camino Real, Suite 400 | harmeet@dhillonlaw.com |
| Palo Alto, California 94306 | JESSE FRANKLIN-MURDOCK (SBN 339034) |
| Telephone: (650) 858-6000 | jfranklin-murdock@dhillonlaw.com |
| | DHILLON LAW GROUP INC. |
| ARI HOLTZBLATT (*pro hac vice*) | 177 Post Street, Suite 700 |
| Ari.Holtzblatt@wilmerhale.com | San Francisco, California 94108 |
| MOLLY M. JENNINGS (*pro hac vice*) | Telephone: (415) 520-6593 |
| Molly.Jennings@wilmerhale.com | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | *Attorneys for Plaintiff* JOHN STOSSEL |
| 1875 Pennsylvania Ave, NW | THOMAS R. BURKE (SBN 141930) |
| Washington, DC 20006 | thomasburke@dwt.com |
| Telephone: (202) 663-6000 | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery Street, Suite 800 |
| *Attorneys for Defendant* | San Francisco, California 94111-6533 |
| META PLATFORMS, INC. | Telephone: (415) 276-6500 |
| | |
| | *Attorneys for Defendant* SCIENCE FEEDBACK |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL, an individual, | Case Number: 5:21-cv-07385-VKD |
| Plaintiff, | **LR 6-2(A) STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization, | |
| Defendants. | |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff John Stossel, Defendant Meta Platforms, Inc. ("Meta"), and Defendant Science Feedback[1] (collectively, the "Parties") respectfully submit this Stipulation to extend the deadline for Defendants Meta and Science Feedback to file their respective motions for attorneys' fees and costs. This stipulated request is supported by the accompanying declaration of Molly M. Jennings.

WHEREAS, Plaintiff John Stossel filed the Complaint on September 22, 2021 (Dkt. No. 1);

WHEREAS, Meta moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on November 29, 2021 (Dkt. No. 27, "Meta's Motion");

WHEREAS, Science Feedback moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike the claims asserted against Meta pursuant to California's anti-SLAPP statute on January 31, 2022 (Dkt. No. 50, "Science Feedback's Motion");

WHEREAS, the Court held a hearing on both Meta's Motion and Science Feedback's Motion on April 12, 2022 (Dkt. No. 58);

WHEREAS, on October 11, 2022, the Court granted both Meta's Motion and Science Feedback's Motion without leave to amend and required Meta and Science Feedback to file a noticed motion for attorneys' fees and costs in compliance with Civil Local Rule 54-5 "[i]f defendants seek an award of attorneys' fees and costs pursuant to the anti-SLAPP statute, Cal. C.C.P. § 425.16(c)(1)" (Dkt. 67);

WHEREAS, the Court entered judgment in favor of Meta and Science Feedback on the same day (Dkt. 68);

WHEREAS, pursuant to Civil Local Rule 54-5, Meta's and Science Feedback's respective motion for attorneys' fees and costs will be due on October 25, 2022, i.e., "within 14 days of entry of judgment by the District Court, unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3";

---

[1] Originally sued as "Science Feedback and Climate Feedback."

1

1  WHEREAS, the Parties agreed to extend the deadline for Meta and Science Feedback to file their respective motions for attorneys' fees and costs from October 25, 2022 to November 22, 2022;

WHEREAS, the Parties believe that the moderate extension will allow the Parties sufficient time to conduct meaningful meet-and-confer sessions in compliance with Civil Local Rule 54-5(a);

WHEREAS, extending the deadline for Meta and Science Feedback to file their respective motions for attorneys' fees and costs will not affect any other date already set by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that the deadline for Meta and Science Feedback to file their respective motions for attorneys' fees and costs shall be extended from October 25, 2022 to November 22, 2022.

|   |   |   |
|---|---|---|
| | | DHILLON LAW GROUP INC. |
| Dated:  October 14, 2022 | By: | */s/ Krista L. Baughman* |
| | | KRISTA L. BAUGHMAN |

*Attorneys for Plaintiff* John Stossel

Dated: October 14, 2022     WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP

                                       By:     */s/ Molly M. Jennings*
                                                  MOLLY M. JENNINGS

*Attorneys for Defendant* Meta Platforms, Inc.

Dated: October 14, 2022     DAVIS WRIGHT TREMAINE LLP

                                       By:     */s/ Thomas R. Burke*
                                                  THOMAS R. BURKE

*Attorneys for Defendants Science Feedback and Climate Feedback*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The deadline for Meta and Science Feedback to file their respective motions for attorneys' fees and costs shall be extended from October 25, 2022 to November 22, 2022.

Dated: October 17, 2022

By: Hon. Virginia K. DeMarchi

**ATTORNEY ATTESTATION**

I, Molly M. Jennings, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: October 14, 2022                              By:     */s/ Molly M. Jennings*
                                                                          Molly M. Jennings