UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of CA - San Jose Division |
| U.S. District Court case number: | 21-cv-07385-VKD |
| Date case was first filed in U.S. District Court: | 09/22/2021 |
| Date of judgment or order you are appealing: | 10/11/2022 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

JOHN STOSSEL, an individual - Plaintiff

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

177 Post St., Suite 700

City: San Francisco   State: CA   Zip Code: 94108

Prisoner Inmate or A Number (if applicable): _____

Signature: *[signature]*   Date: 11/9/2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

JOHN STOSSEL - Plaintiff

Name(s) of counsel (if any):

Krista Lee Baughman (SBN 264600), Harmeet K. Dhillon (SBN 207873), and Jesse Franklin-Murdock (SBN 339034)

Address: 177 Post Street, Ste 700, San Francisco, CA 94108

Telephone number(s): (415) 433-1700

Email(s): kbaughman@dhillonlaw.com, jfm@dhillonlaw.com, harmeet@dhillonlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

META PLATFORMS, INC. - Defendant

Name(s) of counsel (if any):

Sonal N. Mehta, Ari Holtzblatt, and Molly M. Jennings

Address: 2600 El Camino Real, Suite 400, Palo Alto, California 94306

Telephone number(s): (650) 858-6000

Email(s): Sonal.Mehta@wilmerhale.com, Ari.Holtzblatt@wilmerhale.com
Molly.Jennings@wilmerhale.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

SCIENCE FEEDBACK, a French non-profit organization - Defendant

Name(s) of counsel (if any):

Thomas R. Burke

Address: 505 Montgomery Street, Suite 800, San Francisco, California 94111

Telephone number(s): (415) 276-6500

Email(s): thomasburke@dwt.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                             2                                    Rev. 12/01/2018

**CERTIFICATE OF SERVICE**

I, Krista Lee Baughman, hereby certify that on November 9, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated: November 9, 2022                    By:  /s/ Krista Lee Baughman
                                                Krista Lee Baughman