Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         thomasburke@dwt.com

Abigail Zeitlin (CA State Bar No. 300001)
Andrew Row (CA State Bar No. 319994)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899
Email:         abigailzeitlin@dwt.com
               andrewrow@dwt.com

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STOSSEL, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation; SCIENCE FEEDBACK, a French non-profit organization; and CLIMATE FEEDBACK, a French non-profit organization,<br><br>　　　　Defendants. | Case No. 5:21-cv-07385-LHK<br><br>**NOTICE OF APPEARANCE OF ANDREW ROW**<br><br>Complaint Filed: September 22, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Andrew Row hereby appears on behalf of Defendants, SCIENCE FEEDBACK and CLIMATE FEEDBACK, in the above-entitled action, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the above-stated address.

DATED:  November 15, 2022

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
SELINA MACLAREN
ABIGAIL ZEITLIN

By:  */s/ Andrew Row*
    Andrew Row

Attorneys for Defendants
SCIENCE FEEDBACK and
CLIMATE FEEDBACK