1  THOMAS R. BURKE (Bar No. 141930)
   thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, CA  94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599

5  Attorneys for Defendant
   SCIENCE FEEDBACK
6  (erroneously sued as "Science Feedback
   and Climate Feedback")
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | JOHN STOSSEL, an individual,            | Case No. 5:21-cv-07385-VKD
   |                                          |
13 |                 Plaintiff,              | **NOTICE OF WITHDRAWAL OF COUNSEL**
   |                                          |
14 |         v.                              |
   |                                          |
15 | FACEBOOK, INC., a Delaware corporation;  |
   | SCIENCE FEEDBACK, a French non-profit    |
16 | organization; and CLIMATE FEEDBACK, a    |
   | French non-profit organization,          |
17 |                                          |
   |                 Defendants.              |
18

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant SCIENCE FEEDBACK (erroneously sued as "Science Feedback and Climate Feedback") hereby removes Selina MacLaren as counsel of record as she is no longer with Davis Wright Tremaine LLP.  Counsel of record otherwise remains the same.

Please continue to serve counsel listed in the caption with all pleadings and papers in this action.

Dated:  November 16, 2022

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE


By: */s/  Thomas R. Burke*
         Thomas R. Burke

         Attorneys Defendant
         SCIENCE FEEDBACK