UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN STOSSEL, | No.   22-16765 |
| Plaintiff-Appellant, | D.C. No. 5:21-cv-07385-VKD |
| v. | Northern District of California, San Jose |
| META PLATFORMS, INC.; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

Mediation