UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN STOSSEL,<br><br>            Plaintiff,<br><br>       v.<br><br>SCIENCE FEEDBACK, et al.,<br><br>            Defendants. | Case No. 21-cv-07385-VKD<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

On October 11, 2022, the Court entered judgment in favor of defendants in this case (Dkt. No. 68), and on November 9, 2022, plaintiff filed a notice of appeal to the Ninth Circuit (Dkt. No. 71). The parties advise that the appeal will be voluntarily dismissed, and that the parties stipulated that defendants will not file a motion for attorneys' fees and that each side will bear its own attorneys' fees and costs. Dkt. No. 81.

As the Ninth Circuit has issued its mandate (Dkt. No. 82), and in view of the parties' stipulation, no further proceedings are contemplated. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: March 3, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge